# EXHIBIT

# 1

**KIEWIT/MANSON, A JOINT VENTURE**
P.O. Box 1889, Nome, Alaska 99762
(907) 443-7651 - Fax (907) 443-7663

September 27, 2005

C/SAO-099

Administrative Contracting Officer
Southern Alaska Area Office
c/o US Army Engineer District, Alaska
P.O. Box 6898
Elmendorf, Alaska 99506-0898

Reference Nome Navigation Improvements
Contract No. DACW 85-03-C-0014
Company Job No. 376-2263

Subject: Quantity Dispute Claim Certification

Dear Ms. Davidson,

Under serial letter C/SAO-088, dated August 8th 2005, K/M submitted a Request for Equitable Adjustment regarding quantity disputes. Following today's telephone conversation between you and myself, this letter is to notify the Corps that the previously submitted REA should now be considered a claim. Please consider the following statement our certification per Contract Clause 52-233.1.

As the duly appointed representative of Kiewit/Manson I certify that the claim is made in good faith; that the supporting data is accurate and complete to the best of my knowledge and belief. The amount requested accurately reflects the contract adjustment for which Kiewit/Manson believes the Government is liable

If you have any questions, please feel free to contact me at (907) 222-9350.

Sincerely,

Shawn Lannen
Area Manager



PLAINTIFF'S EXHIBIT
1

TOTAL P.01