IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT/MANSON JV | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-796C (Judge Marian Blank Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all non-ECF papers or packages by opposing parties should be addressed as follows:

Brian S. Smith, Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Attention Classification Unit
8th Floor, "L" Street Building

s/Brian S. Smith
Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
FAX #(202) 353-7988
Brian.Smith@USDOJ.Gov

Dated: January 24, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 24, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith