# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **KEIWIT/MANSON JV,** | |
| **Plaintiff,** | **No. 06-796C** |
| | **Filed: February 2, 2007** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The Notice of Appearance in the above-captioned case was filed on January 24, 2007. To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, February 8, 2007, at 3:30 p.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Smith at (202) 616-0391, and Mr. Viergutz at (907) 276-8010.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**