# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **KEIWIT/MANSON JV,** | |
| **Plaintiff,** | **No. 06-796C** |
| | **Filed: February 8, 2007** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on February 8, 2007, with the parties appearing by telephone. As discussed with the parties during the status conference, discovery closes **Friday, June 29, 2007**. On or before **Thursday, July 5, 2007**, the parties shall consult, and file a joint status report, reflecting the close of discovery, and discussing the possibility of settlement, the viability of motion practice, and tentative trial dates. The court **SCHEDULES** a status conference for **Tuesday, July 10, 2007, at 2:30 p.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005, to discuss how this case should proceed. Both parties may appear by telephone. Unless otherwise notified, the court will contact defendant's counsel at (202) 616-0391 and plaintiff's counsel at (907) 276-8010.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**