IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT/MANSON JV | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-796C |
| | ) | (Judge Marian Blank Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

2. Admits the allegations contained in paragraph 2 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 2.

3. Denies the allegations contained in paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth.

4. Admits.

5. Admits the allegations contained in paragraph 5 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the

extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Denies the allegations contained in paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Denies the allegations contained in the first sentence of paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth. The allegations contained in the remaining sentences of paragraph 8 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

9. The allegations contained in paragraph 9 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

10. Admits the allegations contained in paragraph 10 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise the allegations contained in paragraph 16 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

11. The allegations contained in paragraph 11 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

12. Denies that plaintiff is entitled to the relief requested in its prayers for relief, or to any relief whatsoever.

13. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

February 12, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on February 12, 2007, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith