# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **KEIWIT/MANSON JV,** | |
| **Plaintiff,** | **No. 06-796C** |
| | **Filed: June 27, 2007** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court previously scheduled a status conference for **Tuesday, July 10, 2007**, with the parties appearing by telephone. At the request of defendant, and as discussed with both parties, the originally scheduled time of 2:30 p.m. EDT for the conference is changed to **4:00 p.m. EDT**. The court will initiate the conference call, and will call both parties at the same number, (907) 276-8010, unless informed otherwise by either party. Also as previously directed, on or before **Thursday, July 5, 2007**, the parties shall consult, and shall file a joint status report reflecting the close of discovery, the possibility of settlement, the viability of motion practice, and tentative trial dates.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**