**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**STATUS REPORT**

Plaintiff's counsel has conferred with Government counsel and, on behalf of both parties, and pursuant to the Court's Order of February 8, 2007, and in advance of the Joint Status Conference on July 10, 2007, the parties report as follows:

1. The parties are cooperating in Discovery and have engaged in document exchanges and depositions. Additional documents exchanges and depositions are scheduled and will continue through close of Discovery.

2. The project at issue in this case generated another substantial claim ("differing site condition claim") that is not presently the subject of this lawsuit. This lawsuit arises from the Plaintiff's "quantities claim". Although there are some aspects of the differing site condition claim that are factually distinct from the quantities claim, the majority of Defendant's witnesses are the same, the project site is the same, the attorneys are the same and the basic facts concerning the project are the same. Considering that, and the imposing practical issues of conducting discovery and trial proceedings in Alaska, the parties agree that the Court's and parties resources will be best conserved if both claims are litigated in the same proceeding. Based upon this agreement, the plaintiff intends to

seek leave to Amend its Complaint in this case to add the differing site condition claim. Plaintiff will file its Motion (which will not be opposed by Defendant) prior to the Status Conference scheduled for July 10, 2007.

3. Once the differing site condition is added to the case the parties agree that additional fact Discovery and expert analysis and expert discovery will be required. The parties propose to submit a revised Discovery schedule based upon the Court's availability for a Trial in Anchorage, Alaska. Defendant submits that a site visit to Nome, Alaska may be beneficial to the Court. Plaintiff does not believe that is necessary considering the numerous photographs and video tapes which exist. Defendant recommends that the Trial be conducted some time in May through August 2008. Plaintiff submits the Trial should be scheduled in February or March, 2008.

4. Based upon the foregoing, the parties do not believe this case is amenable to Motion practice, at least not prior to the close of Discovery. Due to the factual nature of both Claims, neither party has identified a potentially dispositive legal position that is amenable to summary judgment.

5. Similarly, although counsel for the parties are amicable, the case is not in a posture where serious settlement discussions can take place. Counsel will continue to evaluate the likelihood of settlement, including the availability of ADR, as Discovery continues and closes.

Respectfully submitted this 29th day of June, 2007.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on June 29, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz