**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to RCFC 15(a) Plaintiff, Kiewit/Manson JV ("KM") moves this Court for leave to file the attached First Amended Complaint. In support of this Motion, Plaintiff relies upon the following Memorandum.

Respectfully submitted this 6th day of July, 2007.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on July 6, 2007, a copy of the foregoing "Unopposed Motion for Leave to File First Amended Complaint" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz