**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KIEWIT/MANSON JV,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 06-796 C

**PROPOSED ORDER**

IT IS HEREBY Ordered, Adjudged and Decreed that Plaintiff's First Amended Complaint is accepted for filing.

Dated this ______ day of ________________, 2007.

_______________________________

Marian Blank Horn
U.S. Court of Federal Claims Judge

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on July 6, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz