IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

On November 28, 2006, KM filed its Complaint in this action claiming entitlement to additional compensation under and for breach of Contract DACW 85-03-C-00014. The Complaint sought recovery for compensable additional costs incurred during performance of the sea-borne construction work on the said project. Appeal was taken from the Contracting Officer's Decision dated June 9, 2006 denying the claim.

By Contracting Officer's Decision dated May 2, 2007, the Government denied a second claim KM filed seeking recovery of compensable extra and additional costs incurred in performing the dredging work required under the same Contract.

The proposed Amended Complaint incorporates an appeal taken from the earlier Contracting Officer's Decision which denied the construction related claim, and adds an appeal KM now takes from the Contracting Officer's denial of the second, dredging-related claim.

Both claims arise out of the identical contract. There is substantial overlap between Government and contractor witnesses who will be called to testify in connection with the construction related claim as well as the dredging claim.

A consolidation of the construction related claim and the dredging claim into the same action will not prejudice any substantial right of either party, and will reduce the time and expense incurred by both parties and the Court in litigating these matters.

Government counsel has consented in writing to the filing of this First Amended Complaint.

## CONCLUSION

For the foregoing reason, Plaintiff respectfully requests that the Court enter an Order permitting filing of the proposed First Amended Complaint, a copy of which is attached hereto.

Respectfully submitted this 6th day of July, 2007.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on July 6, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz