## Appendix III – Photographs: Boulders, Large Rocks, Cobbles and Corroded Metal

| | |
|---|---|
|  | Hydraulic Dredge pipe discharging dredged material from New Entrance Channel into Disposal Area 1. |
| DSCN5270 7-18.1 | |
|  | High concentration of large rocks and boulders in material dredged from New Entrance Channel into Disposal Area 1. |
| DSCN5381 7-23.1 | |
|  | High concentration of large rocks and boulders in material dredged from New Entrance Channel into Disposal Area 1. |
| P7230004.1 | |

| | |
|---|---|
|  | Snap-shot of large rocks and boulders dislodged from the cutter head and circulating pumping equipment of the hydraulic dredge Bechtolt. |
| DSCN5480 7-29.1 | |
|  | Stoppage to dismantle and inspect the hydraulic dredge pumping equipment to locate and extract large boulders and unknown and unexpected pieces of large metal debris and garbage which have become lodged inside. |
| P7230018.1 | |
|  | High concentration of large rocks and boulders in material dredged from New Entrance Channel into Disposal Area 1. |
| P7230026.1 | |

| | |
|---|---|
|  | High concentration of large rocks and boulders in material dredged from New Entrance Channel into Disposal Area 1. |
| P7250026.1 | |
|  | Dimensions of very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. |
| P7240002(2).1 | |
|  | Dimensions of very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. |
| P7250011(2).1 | |

| | |
|---|---|
|  | Dimensions of very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. |
| P7250026.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P730002.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P7300029.1 | |

| | |
|---|---|
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P7300032.1 | |
|  | High concentration of large rocks and boulders in material dredged from New Entrance Channel into Disposal Area 1. |
| P7300047.1 | |
|  | Dredge Bechtolt in operation in inner portion of the New Entrance Channel prior to the breaching of the sand spit. DB Viking was by this time in full time double shift operation in the outer portion of the New Entrance Channel. |
| DSCN5151.1 | |

| | |
|---|---|
|  | Very large boulders encountered during New Entrance Channel dredging activities. |
| DSCN5632 8-11.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| DSCN5489 8-05.1 | |
|  | Metal debris and garbage in addition to that which was stated in the Contract Specifications as being 'known' had to be prized from the hydraulic dredge cutting and pumping equipment. |
| DSCN5632 8-10.1 | |

| | |
|---|---|
|  | Metal debris and garbage in addition to that which was stated in the Contract Specifications as being 'known' had to be prized from the hydraulic dredge cutting and pumping equipment. |
| DSCN5633.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P8010001.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P8010003.1 | |

| | |
|---|---|
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P801004.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P8020010.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P8030020.1 | |

| | |
|---|---|
|  | Metal debris and garbage in addition to that which was stated in the Contract Specifications as being 'known' had to be prized from the hydraulic dredge cutting and pumping equipment. |
| P8040010.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P8050004.1 | |
|  | Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components. |
| P8050010.1 | |



P8060037.1

Very large boulders encountered in unforeseen high concentrations during New Entrance Channel dredging activities. These, together with unknown and unexpected pieces of large metal and garbage were so large as to block the floating hydraulic discharge pipe and cause lengthy work stoppages and excessive wear and tear on cutting and pumping components.



P8070050.1

Stoppage to dismantle and inspect the hydraulic dredge pumping equipment to locate and extract large boulders and unknown and unexpected pieces of large metal debris and garbage which have become lodged inside.



PP8070051.1

Stoppage to dismantle and inspect the hydraulic dredge pumping equipment to locate and extract large boulders and unknown and unexpected pieces of large metal debris and garbage which have become lodged inside.

| | |
|---|---|
|  | Stoppage to dismantle and inspect the hydraulic dredge pumping equipment to locate and extract large boulders and unknown and unexpected pieces of large metal debris and garbage which have become lodged inside. |
| P8070053.1 | |
|  | Disposal Area 1 piled high with a dense concentration of boulders, rocks and large cobbles in high concentration, dredged from the New entrance Channel.<br>This inordinately high proliferation of boulders, rocks and large cobbles demonstrates that the sub-sea conditions were materially different from those indicated in this Contract. |
| P8070090.1 | |
|  | Disposal Area 1 piled high with a dense concentration of boulders, rocks and large cobbles in high concentration, dredged from the New entrance Channel.<br>This inordinately high proliferation of boulders, rocks and large cobbles demonstrates that the sub-sea conditions were materially different from those indicated in this Contract. |
| P8070092.1 | |