# Appendix IV – Independent Laboratory Test Reports – East Sediment Trap

ALASKA TESTLAB
A Division of DOWL LLC

Client: Kiewit Construction Company

Project: Nome Navigation

# PARTICLE-SIZE DIST. ASTM D422

W.O. A31060

Lab No. 2005-2091

Received: 8/19/05

Reported: 8/25/05

Location: By Client - Discharge Pile 8/14/05 9:15 am

TL ES2 STA 13+00

Engineering Classification: Poorly Graded SAND , SP

Frost Classification: NFS MOA




| SIZE | PASSING | SPECIFICATION |
|---|---|---|
| +3 in Not Included in Test = -% | | |
| 3" | | |
| 2" | | |
| 1 1/2" | | |
| 1" | 100% | |
| 3/4" | 100% | |
| 1/2" | 100% | |
| 3/8" | 100% | |
| No. 4 | 99% | |
| Total Wt. = 23005g | | |
| No. 8 | | |
| No. 10 | 96% | |
| No. 16 | | |
| No. 20 | 85% | |
| No. 30 | | |
| No. 40 | 61% | |
| No. 50 | | |
| No. 60 | 36% | |
| No. 80 | | |
| No. 100 | 15% | |
| No. 200 | 2.1% | |
| Total Wt. of Fine Fraction = 368g | | |
| 0.02 mm | | |

© Alaska Testlab, 1999

David L Andersen

David L. Andersen, P.E., General Manager

**ALASKA TESTLAB**
A Division of DOWL LLC

Client: Kiewit Construction Company

Project: Nome Navigation

# PARTICLE-SIZE DIST. ASTM D422

W.O. A31060
Lab No. 2005-2092
Received: 8/19/05
Reported: 8/25/05

Location: By Client - Discharge Pile 8/13/05 STA 32+20 on CL TL 12+50

**Cobbles = 1, Max Size = 4", Wt = 3102 g**

**Cobbles Not Part of Sample Wt.**

Engineering Classification: Poorly Graded SAND , SP

Frost Classification: NFS MOA




**Particle Size (mm)**

| SIZE | PASSING | SPECIFICATION |
|---|---|---|
| +3 in Not Included in Test = -% | | |
| 3" | 100% | |
| 2" | 98% | |
| 1 1/2" | 98% | |
| 1" | 97% | |
| 3/4" | 97% | |
| 1/2" | 96% | |
| 3/8" | 96% | |
| No. 4 | 93% | |
| Total Wt. = 28010g | | |
| No. 8 | | |
| No. 10 | 88% | |
| No. 16 | | |
| No. 20 | 68% | |
| No. 30 | | |
| No. 40 | 41% | |
| No. 50 | | |
| No. 60 | 23% | |
| No. 80 | | |
| No. 100 | 10% | |
| No. 200 | 1% | |
| Total Wt. of Fine Fraction = 351.3g | | |
| 0.02 mm | | |

© Alaska Testlab, 1999

David L Andersen
David L. Andersen, P.E., General Manager

4040 B Street Anchorage Alaska 99503 • 907/562-2000 • 907/563-3953

ALASKA TESTLAB
A Division of DOWL LLC

Client: Kiewit Construction Company

Project: Nome Navigation

**PARTICLE-SIZE DIST. ASTM D422**

W.O. A31060
Lab No. 2005-2093
Received: 8/19/05
Reported: 8/25/05

Location: By Client, Discharge Pile 8/12/05 3:45 pm Cut ES1

**Cobbles = 9, Max Size = 9", Wt = 14143 g**

**Cobbles Not Part of Sample Wt.**

Engineering Classification: Well Graded GRAVEL with Sand, GW

Frost Classification: NFS MOA

| SIZE | PASSING | SPECIFICATION |
|---|---|---|
| +3 in Not Included in Test = -% | | |
| 3" | 100% | |
| 2" | 82% | |
| 1 1/2" | 70% | |
| 1" | 60% | |
| 3/4" | 54% | |
| 1/2" | 48% | |
| 3/8" | 43% | |
| No. 4 | 33% | |
| Total Wt. = 16949g | | |
| No. 8 | | |
| No. 10 | 24% | |
| No. 16 | | |
| No. 20 | 16% | |
| No. 30 | | |
| No. 40 | 11% | |
| No. 50 | | |
| No. 60 | 8% | |
| No. 80 | | |
| No. 100 | 4% | |
| No. 200 | 0.4% | |
| Total Wt. of Fine Fraction = 373.7g | | |
| 0.02 mm | | |




© Alaska Testlab, 1999

David L Andersen
David L. Andersen, P.E., General Manager

4040 B Street Anchorage Alaska 99503 • 907/562-2000 • 907/563-3953

ALASKA TESTLAB
A Division of DOWL LLC

Client: Kiewit Construction Company

Project: Nome Navigation

**PARTICLE-SIZE DIST. ASTM D422**

W.O. A31060
Lab No. 2005-2094
Received: 8/19/05
Reported: 8/25/05

Location: By Client, Pipe Discharge 8/13/05 6:10 pm ES 1

**Cobbles = 1, Max Size = 4', Wt = 1823 g**

**Cobbles Not Part of Sample Wt.**

Engineering Classification: Poorly Graded SAND , SP

Frost Classification: NFS MOA




| SIZE | PASSING | SPECIFICATION |
|---|---|---|
| +3 in Not Included in Test = -% | | |
| 3" | | |
| 2" | | |
| 1 1/2" | 100% | |
| 1" | 99% | |
| 3/4" | 99% | |
| 1/2" | 99% | |
| 3/8" | 99% | |
| No. 4 | 98% | |
| Total Wt. = 27059g | | |
| No. 8 | | |
| No. 10 | 95% | |
| No. 16 | | |
| No. 20 | 85% | |
| No. 30 | | |
| No. 40 | 68% | |
| No. 50 | | |
| No. 60 | 53% | |
| No. 80 | | |
| No. 100 | 27% | |
| No. 200 | 1.2% | |
| Total Wt. of Fine Fraction = 303.5g | | |
| 0.02 mm | | |

© Alaska Testlab, 1999

David L Andersen
David L. Andersen, P.E., General Manager

4040 B Street Anchorage Alaska 99503 • 907/562-2000 • 907/563-3953

# Claim Attachment IV

## Evolution of the Request for Equitable Adjustment due to Differing Site Conditions dated March 28, 2006

# Claim Attachment IV

## Evolution of the Request for Equitable Adjustment due to Differing Site Conditions dated March 28, 2006

Early indications of differing site conditions were progressively notified to the Corps.

K/M's first notification, transmitted through the letter reference C/SAO-069 headed 'Metal Debris – Change in Location' dated April 28, 2005, was responded by positive acknowledgement in the Corp's letter reference SAO/C-0082 dated May 6, 2005.

K/M's subsequent letter C/SAO-084 headed 'Excessive Metal Debris Encountered During Dredging' dated July 09, 2005 was not immediately acknowledged by the Corps. The wider significance and implications of the differing site conditions were brought to the attention of the Corps through K/M's letter reference C/SAO-086 headed 'Excessive Obstructions Encountered', dated July 23, 2005, K/M's letter reference C/SAO-087 headed 'Excessive Obstructions Encountered – Follow Up' dated August 3, 2005, and K/M's letter reference C/SAO-093 also headed 'Excessive Obstructions Encountered – Follow Up' and dated August 30, 2005.

The Corps' reaction to these 4 letters was encapsulated into its letter reference C-0104 dated September 19, 2005 wherein the Corps forwarded arguments in support of the position that the contract documents do cover adequately the conditions encountered and that the impacts or delays due to the encountered material do not have merit.

In responding to C-0104, K/M transmitted its Request for Equitable Adjustment due to Differing Site Conditions under cover of its letter C/SAO-111 and accompanying Attachment, C/SAO-112 (Summary of Changed Conditions) both dated March 28, 2006, wherein K/M described the emergence and evolution of the differing site conditions, quantified the technical and chronological impacts, and systematically disproved and refuted the arguments posed in C-0104. Upon the request of the Corps, during the meeting dated March 30, 2006 in Anchorage, K/M transmitted the quantum value of its REA for the Corps to consider in a further analysis of the issues.

The Contracting Officer's letter reference C-0131 dated April 27, 2006 issued by the Anchorage Resident Office contained the Government's technical analysis of the REA and posed further arguments in support of the position that the request for equitable adjustment and claimed differing site conditions has no merit.

# Claim Attachment V

## Copies of Correspondences leading to the submission of the Request for Equitable Adjustment due to Differing Site Conditions dated March 28, 2006

**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
SOUTHERN ALASKA AREA OFFICE
P.O. BOX 6898
ELMENDORF AFB, ALASKA 99506-0898

REPLY TO
ATTENTION OF:

19 September 2005

Anchorage Resident Office C-0104

SUBJECT: Response to Excessive Metal Debris Encountered During Dredging, Contract DACW85-03-C-0014, Nome Navigation Improvement, Nome, Alaska

Kiewit/Manson JV
100 Lanes Way
Nome, AK 99762

Gentlemen:

The purpose of this letter is to provide response to your serial letters C/SAO-084, -086, -087 and –093 regarding metal debris and obstructions encountered during dredging. The Corps of Engineers (COE) has made site visits after these letters were sent, the Quality Assurance Representatives have observed some of the material being removed, and we have viewed the contract documents as a whole in reference to this issue.

Metal debris was described in Section 02222, Paragraph 1.3, Character of Materials, as a wide variety of material to be expected throughout the excavation and dredging areas.

Your letter states, "The clean-out rate for this project is significantly higher than normally would be encountered, and is severely impacting suction dredge operations". In terms of the number of pump and cutter head clean-outs experienced, the Government knows of no industry standard for these due to the unique nature of each project. The specifications state and show that debris are present and should be expected throughout the dredging areas because it is an old harbor that has been used for various industrial purposes. Your letter supports what is stated in the specifications.

The subsurface conditions are described in Section 02222, Appendix 02222A. Your letters states that rocks and cobbles were not represented in the subsurface data provided in the contract. Please review the August 5, 1991 memo, Subject "Summary of Test Pits Excavations, Alternative B Route, NJUS Waste Water System Expansion". The three test pit logs and five photos provided in this memo document the presence of cobbles. A diver estimated 35% cobble content at station 18+00. Another diver noted a boulder at the same location. Logs also state that random boulders may be present.

Serial letter -086 states that a number of boring logs show particle sizes of two inches or smaller. Please note that the auger was only 4.5 inches in diameter, the sampler is only 2.5 inches in diameter and there are indications on these same logs that cobbles or boulders are present such as fractured gravel in sampler, refusal, poor sample recovery, or no sample recovery. Serial letter -086 also failed to mention numerous other borings showing 2.5-inch diameter gravel; the largest particle that will fit in the split barrel sampling device.

Serial letter -087 states K/M's position that production rates are being impacted by a differing site condition and that the clam shell dredge might be required to complete work in certain areas. The government recognizes no differing site condition. Difficult dredging conditions are cited several times in the specifications. Specifically, glacial till is noted in section 02222 paragraph 1.3. Glacial till is "characterized as unstratified sediments such as cobbles, gravel, sand, silt, and clay intermingled in a dense, tight matrix." Many logs and reports in the specifications reference till as being present throughout the dredging areas. Additionally, the use of a hydraulic cutter-head dredge as was chosen by KM for this portion of the project was not specified as required in the contract.

The government position is that the contract documents do convey adequately the conditions encountered and that impacts or delays due to the encountered material do not have merit based on your letters and site conditions observed.

If you have any questions, please contact Mr. Karl Harvey, Project Engineer at (907) 753-2884.

Sincerely,

Ronald S. Flodin, P.E.
Administrative Contracting Officer

**KIEWIT/MANSON, A JOINT VENTURE**
P.O. Box 1689, 100 Lanes Way, Nome, Alaska 99762
(907) 443-7651 - Fax (907) 443-7663

August 30, 2005

C/SAO-093

Administrative Contracting Officer
Southern Alaska Area Office
c/o US Army Engineer District, Alaska
P.O. Box 6898
Elmendorf, Alaska 99506-0898

Reference Nome Navigation Improvements
Contract No. DACW 85-03-C-0014
Company Job No. 376-2263

Subject: Excessive Obstructions Encountered – Follow Up

Dear Mr. Flodin,

This letter references KM Serial Letters 084, 086, and 087, respectively, each of which deals with the topic of Excessive Obstructions encountered in the dredging operations on the referenced project.

There has been no response from USACE to any of these letters. Whether viewed as a contract Change or a differing site condition, KM is entitled to be reimbursed for it having encountered metal debris and cobbles or boulders far in excess of any that could have been anticipated or were represented in the Contract Documents. Under any circumstances, we feel that a response from USACE would be appropriate.

As with other issues that have arisen on this project, we have continued to perform the Changed and additional Work in good faith after notice has been provided. Our performance has been with the reasonable expectation that USACE responses would timely provided.

We would like an immediate response to these letters. We would welcome the opportunity to discuss this topic with you during our scheduled meeting tomorrow.

Sincerely,

Shawn Lannen
Area Manager

Cc: Sandra Davidson

**KIEWIT/MANSON, A JOINT VENTURE**
P.O. Box 1689, Nome, Alaska 99762
(907) 443-7651 - Fax (907) 443-7663

August 3, 2005 C/SAO-087

Administrative Contracting Officer
Southern Alaska Area Office
c/o US Army Engineer District, Alaska
P.O. Box 6898
Elmendorf, Alaska 99506-0898

Reference Nome Navigation Improvements
Contract No. DACW 85-03-C-0014
Company Job No. 376-2263

Subject: Excessive Obstructions Encountered – Follow Up

Dear Mr. Flodin,

Further to serial letters C/SAO-084, C/SAO-86 and pursuant to specification Section 52.236-2, this letter is to keep the Government informed that K/M continues daily to encounter metal debris, rocks and cobbles not representative of the subsurface data provided in the contract documents. K/M's suction cutter dredge is still experiencing excessive cutter head and pump cleans, and wash backs. Production rates for dredging continue to be impacted as a result of the differing site condition encountered. Slower production rates have delayed critical path work. Removal of the sunken dredge and opening of the new channel was delayed, delaying access across the old channel, which in turn has delayed demolition of the existing concrete jetties and construction of the seawall extension, which will delay demobilization. Other non-critical work that has been or will be impacted includes, but is not limited to, dredging of option areas A-VI, A-VII, and A-VIII, dredging for the barge ramp, placement of the A8 stone cap on the main breakwater, and completion of the causeway reconstruction at the new bridge. Impacts to one activity will have a ripple affect throughout the remaining schedule, as there is a limited selection of specialized equipment available to the project.

As previously discussed in Weekly Owner's Meetings, please be aware that K/M is concerned that if the Bechtolt suction cutter dredge is unable to dredge the East Sediment Trap, due to soil conditions, and the Viking is required to perform the work, this change will result in the old channel not being completely filled as per the current plan. If the Viking were required to dredge the East Sediment Trap, dredge spoils would be disposed in Off Shore Area #2 rather than the East Disposal Area.

K/M will continue to look for ways to mitigate these impacts and will continue to keep the Government apprised of this change.

Should you have any questions regarding this matter, do not hesitate to contract me at our job office, (907) 443-7651.

Sincerely,

Scott Fowlds

Scott Fowlds
Project Manager

**KIEWIT/MANSON, A JOINT VENTURE**
P.O. Box 1689, Nome, Alaska 99762
(907) 443-7651 - Fax (907) 443-7663

July 23, 2005 C/SAO-086

Administrative Contracting Officer
Southern Alaska Area Office
c/o US Army Engineer District, Alaska
P.O. Box 6898
Elmendorf, Alaska 99506-0898

Reference Nome Navigation Improvements
Contract No. DACW 85-03-C-0014
Company Job No. 376-2263

Subject: Excessive Obstructions Encountered

Dear Mr. Flodin,

Further to serial letter C/SAO-084, and pursuant to specification Section 52.236-2, this letter is to notify the Government that K/M is encountering conditions not represented by subsurface data provided in the contract documents.

Section 02222 states that incidental rock and cobble, among other obstructions is to be expected. Bore logs and test results for sample locations SED-3, SED-4, HLO-1 through HLO-7, AP1004, AP1008, AP1009, AP1010, and AP1011 all show maximum particle sizes of 2" or smaller. Actual material being encountered just south of the sand spit contains excessive quantities of cobbles up to 16". The amount of cobble encountered is not represented by the contract documents. As a result of this change, K/M is experiencing an excessive quantity of clean outs and wash backs. A breakdown of pump and cutter-head clean outs is available on the daily dredge reports, transmitted as part of the daily QC reports. Attached find a recent photo taken at Off Shore Disposal Area #1. This photo clearly shows the excessive cobbles larger than 2" being dredged and pumped.

Should you have any questions regarding this matter, please contact Scott Fowlds at our job office, (907) 443-7651.

Sincerely,

Shawn Lannen
Area Manager



**KIEWIT/MANSON, A JOINT VENTURE**
P.O. Box 1689, Nome, Alaska 99762
(907) 443-7651 - Fax (907) 443-7663

July 09, 2005

C/SAO-084

Administrative Contracting Officer
Southern Alaska Area Office
c/o US Army Engineer District, Alaska
P.O. Box 6898
Elmendorf, Alaska 99506-0898

Reference: Nome Navigation Improvements
Contract No. DACW 85-03-C-0014
Company Job No. 376-2263

Subject: Excessive Metal Debris Encountered During Dredging

Dear Mr. Flodin,

Pursuant to specification Section 52.236-2, this letter is to notify the Government that K/M is encountering an excessive amount of metal debris during dredging of the inner harbor.

Section 02222 states that incidental miscellaneous metal debris, among other obstructions, is to be expected. Besides the metal debris pile shown in Appendix 02222B, no additional information for metal debris is provided in the specifications, plans, or geotechnical reports. The contract documents do not convey the vast amount of debris being found, nor was this amount anticipated by K/M following pre-bid site visits. On past similar projects where incidental metal debris was inherent to dredging operations, the suction pump and/or cutter-head would be cleared of obstructions on average 15 times per day. The clean out rate for this project is significantly higher than normally encountered, and is severely impacting suction dredge operations. Up to 75 clean outs in a day have been experienced, with an average rate of 37 clean outs per day. A breakdown of pump and cutter-head clean outs is available on the daily dredge reports, transmitted as part of the daily QC reports.

Should you have any questions regarding this matter, please contact Scott Fowlds at our job office, (907) 443-7651.

Sincerely,

Shawn Lannen
Area Manager

DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, ALASKA
SOUTHERN ALASKA AREA OFFICE
P.O. BOX 6898
ELMENDORF AFB, ALASKA 99506-6898

REPLY TO
ATTENTION OF:

May 6, 2005

Anchorage Resident Office SAO/C-0082

SUBJECT: Metal Debris in Existing Entrance Channel, Contract DACW85-03-C-0014, Nome Navigation Improvement, Nome, Alaska

Kiewit/Manson JV
100 Lanes Way
Nome, AK 99762

Gentlemen:

The purpose of this letter is to provide response to your serial letter C/SAO-069 dated April 28, 2005.

Upon close examination of the photograph included in Specification 02222, Appendix 0222B, it appears that the true location of the debris field found in the field is more likely as shown on your sketch. The government has no reason to believe that there is another one located as shown on H-2, however, there is a high likelihood that debris other than in the photo will be encountered throughout the excavation and dredging operations as described in Section 02222, paragraph 1.3, Character of the Material.

If you have any questions, please contact Mr. Karl Harvey, Project Engineer at (907) 753-2884.

Sincerely,

Ronald S. Flodin, P.E.
Administrative Contracting Officer

**KIEWIT/MANSON, A JOINT VENTURE**
P.O. Box 1689, Nome, Alaska 99762
(907) 443-7651 - Fax (907) 443-7663

April 28, 2005 C/SAO-069

Administrative Contracting Officer
Southern Alaska Area Office
c/o US Army Engineer District, Alaska
P.O. Box 6898
Elmendorf, Alaska 99506-0898

Reference Nome Navigation Improvements
Contract No. DACW 85-03-C-0014
Company Job No. 376-2263

Subject: Metal Debris – Change in Location

Dear Mr. Flodin,

Reference is made contract plan sheet H-02, and Appendix 02222B in the specifications. This letter is notification that the location of the metal debris as found in the field is significantly different than that shown on sheet H-02. Attached find a drawing comparing the locations as found in the field versus that shown on sheet H-02. The location shown by K/M depicts the field location of debris similar to that depicted in the photo of Appendix 02222B. If the Government has reason to believe that there is indeed a debris field in the location shown on sheet H-02, please notify us immediately as this would be an indication that there are two debris fields requiring removal.

Time and cost impacts, if any, to our operations due to the actual location of the debris field is not known at this time. Additional information, once identified, will be forwarded to the USACE.

Feel free to contact me with any questions on this matter at our job office, (907) 443-7651.

Sincerely,

Darrin Hansen
Project Manager


METAL DEBRIS
APPROX. LOCATION OF METAL DEBRIS (SHEET H-02)
APPROX. LOCATION OF METAL DEBRIS AS FOUND IN FIELD
PARTIALLY SUNKEN BARGE
10+00
11+00
12+00
13+00
14+00
15+00
16+00
17+00
18+00
19+00
20+00
21+00
22+00
23+00

# US Army Engineer District, Alaska

# Nome Navigation Improvements

**Contract No. DACW 85-03-C-0014**
**Company Job No. 376-2263**

## Certified Claim

## for

## Equitable Adjustment of the Contract Sum

## due to Differing Site Conditions

# Audited Amendments:

## March 23, 2007 through April 4, 2007

**US ARMY CORPS OF ENGINEERS - Alaska District**
**Nome Navigational Improvements**

# Request For Equitable Adjustment Due To Differing Site Conditions - AUDITED

**DATE : 04/04/07**

**Additional Hydraulic and Clamshell Dredge Operation time due to Differing Site Conditions and Cost of Additional Utilization and Wear and Tear**

Project: Navigational Improvements, Nome, Alaska
Owner: Alaska District, C.O.E.

| | | |
|---|---|---|
| **Bechtolt affected dredge quantity:** | **153,265** | **cy** |
| **Bechtolt additional dredge time:** | **28** | **operating days of 2-12hr shifts** |
| **DB Viking affected dredge quantity:** | **298,267** | **cy** |
| **DB Viking additional dredge time:** | **30** | **operating days of 2-12hr shifts** |

| Description | Quantity | Production/Crews/Shifts | Mhrs | Lab | Eqpt | - Cost - P & S | Mat | Sub | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| Bechtolt Additional Hydraulic Dredge Costs | | | | | | | | | |
| Production: Affected Yardage | 153,265 | cy Bechtolt Dredge Crew total 6 men /shift | 4,032 | 272,765 | | | | | 272,765 |
| | 28 | days x 2 x 12hr x 6 men | | | | | | | |
| | | Camp @ $50/man-day | | 16,800 | | | | | 16,800 |
| | | Dredge Bechtolt | | | 361,400 | | | | 361,400 |
| | 0.92 | months rent - 195 k/mo, operation - 6,500 /day | | | | | | | |
| | | Work Boat - Lisa | | | 37,320 | | | | 37,320 |
| | 0.92 | months rent @ 15 k/mo, operation - 840 /day | | | | | | | |
| | | Survey Boat | | | 27,680 | | | | 27,680 |
| | 0.92 | months rent @ 10 k/mo, operation - 660 /day | | | | | | | |
| | | Survey Gear | | | | 2,800 | | | 2,800 |
| | 28 | days P & S @ 100/day | | | | | | | |
| Bechtolt: premature component repair or replacement; excessive wear and tear | | | | | | | | | |
| Total wear and tear repair costs - (See attached summary) | | | | 54,120 | | 153,223 | | | 207,343 |
| | | **c/f** | | | | | | | **926,108** |

**US ARMY CORPS OF ENGINEERS - Alaska District**
**Nome Navigational Improvements**

# Request For Equitable Adjustment Due To Differing Site Conditions - AUDITED

**DATE : 04/04/07**

| Description | Quantity | Production/Crews/Shifts | Mhrs | Lab | Eqpt | - Cost - P & S | Mat | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | b/f | | | | | | | **926,108** |
| | | | | | | | | | |
| DB Viking Additional Clamshell Dredge Costs | | | | | | | | | |
| Production: Affected Yardage | 298,267 | cy DB Viking Dredge Crew total 4 men /shift | 2,880 | 194,458 | | | | | 194,458 |
| | 30 | days x 2 x 12hr x 4 men | | | | | | | |
| | | Camp @ $50 / man-day | | 12,000 | | | | | 12,000 |
| | | Tow Boat Crew total 2 men /shift | 1,440 | 89,410 | | | | | 89,410 |
| | 30 | days x 2 x 12hr x 2 men | | | | | | | |
| | | DB Viking (24hrs/day oper.) | | | 267,300 | | | | 267,300 |
| | 30 | days operation @ 220/hr | | | | | | | |
| | 0.99 | months rent @ 110K/mo | | | | | | | |
| | | Viking Survey Gear | | | 3,000 | | | | 3,000 |
| | 30 | days P&S @ 100 /day | | | | | | | |
| | | Clamshell Bucket (14 cy HD) | | | 19,800 | | | | 19,800 |
| | 0.99 | months rent @ 20 k/mo | | | | | | | |
| | | Clamshell spare 10cy bucket | | | 7,425 | | | | 7,425 |
| | 0.99 | months @ half rent: 7.5 k/mo | | | | | | | |
| | | Dump Barge Northport | | | 34,650 | | | | 34,650 |
| | 0.99 | months rent @ 35 k/mo | | | | | | | |
| | | Towboat Harry | | | 121,950 | | | | 121,950 |
| | 30 | days operation @ 135 /hr | | | | | | | |
| | 0.99 | months rent @ 25 k/mo | | | | | | | |
| | | Harry Survey Gear | | | 3,000 | | | | 3,000 |
| | 30 | days P&S @ 100 /day | | | | | | | |
| | | | | | | | | | |
| | | c/f | | | | | | | **1,679,100** |

**US ARMY CORPS OF ENGINEERS - Alaska District**
**Nome Navigational Improvements**

# Request For Equitable Adjustment Due To Differing Site Conditions - AUDITED

**DATE : 04/04/07**

| | | | | | | - Cost - | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Quantity | Production/Crews/Shifts | Mhrs | Lab | Eqpt | P & S | Mat | Sub | **Total** |
| | | **b/f** | | | | | | | **1,679,100** |
| | | | | | | | | | |
| Additional Fuel Costs (See attached Summary of Added Fuel Costs) | | | | | | | | | |
| Fuel usage in additional demob tow Time | | | | | | | 54,524 | | 54,524 |
| Additional dredge operation time fuel costs | | | | | | | 60,121 | | 60,121 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Additional Staff Costs | | | | | | | | | |
| Bob Richardson | 28 | days @ $348/day | | 9,744 | | | | | 9,744 |
| Max Oviedo | 28 | days @ $288/day | | 8,064 | | | | | 8,064 |
| Transportation | 28 | days @ $352.72 / day | | 9,876 | | | | | 9,876 |
| Camp/subsistence BR | 28 | days @ $50/ 10 hr man-day | | 1,400 | | | | | 1,400 |
| Camp/subsistence MO | 28 | days @ $50/ 10 hr man-day | | 1,400 | | | | | 1,400 |
| | | | | | | | | | |
| **Subtotal** | | | | 670,036 | 883,525 | 156,023 | 114,645 | 0 | **$1,824,229** |
| **Add: Overhead** | 0.07226 | | | | | | | | **$131,819** |
| | | | | | | | | | **$1,956,048** |
| **Add: Profit** | 0.08250 | | | | | | | | **$161,374** |
| | | | | | | | | | **$2,117,422** |
| **Add: Bonding** | 0.01078 | | | | | | | | **$22,826** |
| **Total Amount of Request For Equitable Adjustment** | | | | | | | | | **$2,140,248** |

US ARMY CORPS OF ENGINEERS - Alaska District
Nome Navigational Improvements

Costs of Excess Parts Replacements

**Excessive Wear and Tear on Hydraulic Dredge Bechtolt Components and Equipment** **AUDITED** **4/4/2007**

**1. Additional Costs of Repair and Replacement of Components, Equipment and Parts due to Excessive Damage, Wear and Tear**

| | Invoice / Quote Date | Component Cost (inc sales tax) | | | Expected Yardage Life (CY) | Expected proportionate wear per 325,000 CY (%) | Actual wear/ repairs incurred (%) | Excess wear (%) | Net replacement parts cost |
|---|---|---|---|---|---|---|---|---|---|
| | | a | DATE OF REPAIR OR REBUILD | Location | b | c = 325,000 / b | d | e = d - c | f = a x e |
| Component parts affected | | | | | | | | | |
| Pump ($106,895) installed Winter 2004/5; core rebuilt Feb 2006 ($12,826) = 12% | 10/26/04 | $106,895 | Feb-06 | Seattle | 5,000,000 | 6.5% | 18.5% | 12.0% | $12,826 |
| 4 Vane impellor | 12/20/04 | $9,256 | Dec-06 | Seattle | 1,000,000 | 33% | 100% | 68% | $6,248 |
| Impellor hub adaptor | 03/25/05 | $3,696 | | Seattle | 1,000,000 | 33% | 100% | 68% | $2,495 |
| Suction cover | 11/23/04 | $9,484 | | Seattle | 5,000,000 | 7% | 25% | 19% | $1,755 |
| Suction liner front | 12/20/04 | $5,319 | | Seattle | 1,000,000 | 33% | 100% | 68% | $3,590 |
| Bearing side cover | | $9,792 | | Seattle | 5,000,000 | 7% | 15% | 9% | $832 |
| Bearing side liner | | $5,440 | thru | Seattle | 1,000,000 | 33% | 100% | 68% | $3,672 |
| Shaft sleeve | 12/20/04 | $1,251 | | Seattle | 1,000,000 | 33% | 100% | 68% | $844 |
| Packing gland & lantern ring | 12/20/04 | $2,063 | | Seattle | 1,000,000 | 33% | 100% | 68% | $1,393 |
| Pump bearings | 07/14/05 | $11,444 | | Seattle | 8,000,000 | 4% | 75% | 71% | $8,118 |
| Roller Chain drive | 03/25/05 | $4,596 | Feb-07 | Seattle | 1,000,000 | 33% | 100% | 68% | $3,103 |
| New cutter (inc 1 set cutter edges) | 03/31/05 | $37,372 | Apr-05 | Seattle | 5,000,000 | 7% | 50% | 44% | $16,257 |
| Replacement Cutter edges + air freight invoice | 05/03/05 | $3,267 | 07/07/05 | Nome | | | 100% | 100% | $3,267 |
| Replacement Cutter edges | 06/22/05 | $3,074 | 07/15/05 | Nome | | | 100% | 100% | $3,074 |
| Replacement Cutter edges | 06/28/05 | $1,567 | 07/24/05 | Nome | | | 100% | 100% | $1,567 |
| Replacement Cutter edges | no invoice | $3,074 | 07/26/05 | Nome | | | 100% | - | - |
| Replacement Cutter edges | 07/20/05 | $4,640 | 07/29/05 | Nome | | | 100% | 100% | $4,640 |
| Replacement Cutter edges | 08/06/05 | $3,074 | 08/05/05 | Nome | | | 100% | 100% | $3,074 |
| Replacement Cutter edges | no invoice | $3,074 | 08/07/05 | Nome | | | 100% | - | - |
| Replacement Cutter edges | 09/06/05 | $1,567 | 08/26/05 | Nome | | | 100% | 100% | $1,567 |
| | | | 08/28/05 | Nome | | | | | |
| Hydraulic discharge components: | | | | | | | | | |
| -New floating hose | 12/16/04 | $39,060 | | | 1,000,000 | 33% | 100% | 68% | $26,366 |
| -New pipe 2000ft | 12/03/04 | $44,000 | | | 2,000,000 | 16% | 60% | 44% | $19,250 |
| -New pipe 1000ft | 03/03/05 | $26,000 | | | 2,000,000 | 16% | 60% | 44% | $11,375 |
| -Second hand pipe 4500ft - allow 4500/2000 x $44,000 x 72.5% (25% - 30% worn) | | $72,000 | | | 2,000,000 | 16% | 40% | 24% | $17,100 |
| Wearing Compound | 04/29/05 | $1,203 | | Nome | 1,000,000 | 33% | 100% | 68% | $812 |
| **Proportionate Additional Cost of Repair and Replacement of Components, Equipment and Parts** | | | | | | | | | **$153,223** |

Pump disassembled by Manson end of 2005. Pump core re-built by Omega Feb 06. New shell parts installed by Manson between Dec 06 and Feb 07.

**2. Estimated Additional Labor costs for Complete pump and bearing disassembly and reassembly for parts replacement - to rebuild the pump after the project**

| | | | | |
|---|---|---|---|---|
| Estimated additional labor time | **800** | **manhours** | | |
| Composite hourly rate | $67.65 | /hr | | |
| **Total additional disassembly and reassembly:** | 800 | manhours x | $67.65 /hr | = **$54,120** |