**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**MOTION TO COMPEL DISCOVERY**

Pursuant to RCFC 37(a)(2)(A), Plaintiff Kiewit/Manson JV ("KM" or "Plaintiff") respectfully moves this Court for an Order compelling Defendant to respond to Plaintiff's Discovery Requests propounded to Defendants nearly six months ago. In support of this Motion, the Plaintiff relies on the following Memorandum filed herewith.

Respectfully submitted this 30th day of August, 2007.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on 8/30/07, a copy of the foregoing "Motion to Compel" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz