# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

## ORDER

IT IS HEREBY Ordered, Adjudged and Decreed that Defendant shall fully and completely Respond to Plaintiff's Discovery Requests within 10 days.

Dated this _____ day of ________________, 2007.

_________________________________
Marian Blank Horn
U.S. Court of Federal Claims Judge

**CERTIFICATE OF FILING**
I hereby certify under penalty of perjury that on 8/30/07, a copy of the foregoing "Motion to Compel" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz