**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

1. Plaintiff served written Interrogatories upon Defendant on March 2, 2007. The Defendant has not yet answered any of those Interrogatories.

2. Counsel have discussed the situation on several occasions. Plaintiff and its counsel are mindful of the time difference and distance between the Department of Justice Counsel and his client in Anchorage, Alaska.

3. Lack of answers to these Interrogatories has impeded the deposition discovery process, notably regarding the central issue of payment for quantities of work performed. Had the Interrogatories been fully and timely responded to, a significant segment of the inefficient time and duplication of deposition witnesses might have been avoided. 4. With reservation of rights, Plaintiff at this time is not seeking any relief pursuant to RCFC 37.

**CONCLUSION**

For the foregoing reason, Plaintiff respectfully requests that the Court enter an Order compelling Defendant to fully respond to Plaintiff's Discovery Requests

Respectfully submitted this 30th day of August, 2007.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on 8/30/07, a copy of the foregoing "Motion to Compel" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz