## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

## RESPONSE TO ORDER AT DOCKET NO. 19

The undersigned received notice from the Court as follows:

> The parties inform the undersigned that settlement negotiations are progressing well. Petitioner received Respondent's counter-offer and will be responding to it by the end of this week. . .

In fact, there are no settlement negotiations whatsoever that are on-going, as this case is in the Discovery phase, with depositions proceeding and further scheduling of depositions presently occurring. As a result, the undersigned submits that the referenced Order was filed in error.

Respectfully submitted this 6th day of November, 2007.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on 11/6/07, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz