IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT/MANSON JV | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-796C |
| | ) | (Judge Marian Blank Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER**

Upon the Government's close inspection of the Court's March 10, 2008 scheduling order, which was only possible this week as undersigned counsel returned to his office following temporary duty in Los Angeles and San Diego, California last week for the taking and defending of depositions, counsel discovered that the Court's order has scheduled mediation of the case for April 30, 2008. Respectfully, contrary to the Court's order, the Government has not "proposed mediation." As we stated at the March 6, 2008 conference, defendant's counsel had no authority then to agree to mediation. Counsel still does not possess such authority, and counsel does not expect to seek it. We apologize for any confusion, but defendant's counsel had attempted at the hearing to convey that if defendant's counsel found mediation appropriate to pursue here, he was available for mediation on April 30, 2008.

At this time, the Government does not believe that mediation in this matter would be a productive use of time or resources for the Government. Pursuant to the current schedule, mediation would commence four days after the close of discovery, nine days prior to the submission of Appendix A filings, two weeks prior to the pretrial conference, and less than one

month before the beginning of trial in Anchorage, Alaska.[1] Dedicating some portion of the limited time available for trial preparation to mediation and preparation for mediation would consume critical time which defendant's counsel will require to maintain the schedule established by the Court.

The Government expects to meet the other deadlines set by the Court's March 10, 2008 order, but in order to ensure that the best trial presentation to the Court, we respectfully ask that the Court modify its scheduling order so as to exclude the scheduled mediation.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624
Attorneys for Defendant

March 19, 2008

[1] Between now and April 30, the parties anticipate taking at least 11 more depositions and exchanging expert reports.

CERTIFICATE OF FILING

I hereby certify that on this 19th day of March 2008, a copy of the foregoing "Defendant's Motion to Amend the Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey