# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * <br> **KIEWIT/MANSON JV,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** <br> * * * * * * * * * * * * * * * * * * * * | **No. 06-796C** <br> **Filed: March 21, 2008** |

**O R D E R**

The court is in receipt of defendant's March 19, 2008 motion to amend the scheduling order, and cancel the April 30 - May 1, 2008 mediation session at the courthouse. Since mediation requires the consent of both parties, defendant's motion is **GRANTED**, and the mediation session is cancelled. The remainder of the court's March 10, 2008 pre-trial order is unchanged.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**