IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-796<br>(Judge Horn) |

**DEFENDANT'S PRELIMINARY WITNESS LIST**

Pursuant to the Court's March 10, 2008 order,[1] defendant, reserving the right to call witness listed on plaintiff's witness list, respectfully submits the following list of witnesses it may call at trail, with the exception of those to be used solely for impeachment:

1. John McTyre

Mr. Mctyre is an expert in construction productivity and construction estimating. He is expected to testify, based upon his expert opinion and personal observations concerning the plaintiff's productivity for both dredging and construction, and the plaintiff's estimating quantities for the construction of the main breakwater, "peel back" of the breakwater, the construction of a breakwater spur, and the existing causeway. Mr. McTyre's direct testimony is expected to last 5 hours.

2. Gregory Hartman

Mr. Hartman is a dredging expert. He is expected to testify, based upon his expert opinion and personal observations, concerning whether the contract specifications and

[1] The Court's scheduling order directs the parties to submit a witness list pursuant to Appendix A of the Rules of the United States Court of Federal Claims on May 9, 2008. Based upon the Court's March 10, 2008 order, the status conference preceding the issuance of that order, and the fact that discovery is ongoing in this matter until April 26, 2008, the defendant reserves the right to modify its final witness list to add or remove names from this particular witness list.

appendices accurately described the condition of the Nome Harbor and other areas dredged pursuant to the contract. Mr. Hartman may also testify concerning the rate of wear upon dredging equipment as well as the productivity rates of the dredges used by the plaintiff. Mr. Hartman's direct testimony is expected to last no more than four hours.

3. Julie Anderson

Ms. Anderson was the Army Corps of Engineers ("COE") project manager assigned to the Nome Navigation project. She is expected to testify about all aspects of the plaintiff's performance of the dredging and construction aspects of the project. Ms. Anderson's direct testimony is expected to take no more than three hours.

4. Alan Jeffries

Mr. Jeffries is an engineer in the COE's Hydraulics and Hydrology section. He is expected to testify about design aspects of the construction of the main breakwater and the existing causeway. His direct testimony will take less than two hours.

5. Karl Harvey

Mr. Harvey was the project engineer for the COE for the Nome Navigation Project. He is expected to testify about his correspondence with the plaintiff concerning the alleged differing site condition and quantities overrun. His direct testimony will take no longer than two hours.

6. Ronald Flodin

Mr. Flodin was the COE's administrative contracting officer assigned to the Nome Project. Mr. Flodin is expected to testify about the plaintiff's alleged differing site condition and quantities overrun. Mr. Flodin is also expected to testify about

correspondence he received and sent to the plaintiff. His direct testimony is expected to take two hours.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
ACTING ASSISTANT ATTORNEY GENERAL

JEANNE E. DAVIDSON
DIRECTOR

s/ Donald E. Kinner
DONALD E. KINNER
ASSISTANT DIRECTOR

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 307-0163

MARCH 28, 2008

Attorneys for Defendant