## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

COMES NOW the Plaintiff, Kiewit/Manson JV, by and through counsel of record, Barokas Martin & Tomlinson, and herein files their Preliminary Witness List in accordance with Court Order, referencing only anticipated duration of testimony, as requested by the Court:

| | Witness | Time Needed |
|---|---|---|
| 1. | John Brauchle | one hour |
| 2. | Michael Duffy | one hour |
| 3. | Darrin Hansen | four hours |
| 4. | Pat Harrison | two hours |
| 5. | John Holmes | one hour |
| 6. | Donald Johnson | one hour |
| 7. | Shawn Lannen | four hours |
| 8. | Bob Lofgren | two hours |
| 9. | Pat McGarry | two hours |
| 10. | Joseph Metzger | two hours |
| 11. | Max Oviedo | one hour |

| | | |
|---|---|---|
| 12. | PND | two hours |
| 13. | Bob Richardson | two hours |
| 14. | Lee Seeba | one hour |
| 15. | Bob Waibel | one hour |
| 16. | Karl Woods | one hour |

Respectfully submitted this 28th day of March, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on March 28th, 2008, a copy of this pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz