# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **KIEWIT/MANSON JV,** | |
| **Plaintiff,** | **No. 06-796C** |
| | **Filed: March 31, 2008** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on March 31, 2008, with the parties appearing by telephone. As discussed at the conference, on or before **Thursday, April 3, 2008, 12:00 p.m.**, defendant shall file a status report accurately reflecting any witnesses, other than those listed on its March 28, 2008 witness list, which defendant intends to call at the scheduled trial in this case. For any additional witnesses listed, defendant shall indicate the specific topics to be addressed in the expected testimony and the time needed for direct examination.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**