IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 31, 2008 order, defendant respectfully submits this status report. Reserving the right to call witness listed on plaintiff's witness list, defendant respectfully submits the following list of witnesses--"other than those listed on its March 28, 2008 witness list"--it may call at trial, with the exception of those to be used solely for impeachment:

1. Al Arruda

Mr. Arruda is the Chief of the Alaska District's Cost Engineering Section. Mr. Auuda may testify about his preparation of the pre-bid Government Estimate for the project using rock quantities prepared by Elaine Pflugh, the designer for the project. He was deposed by plaintiffs on October 25, 2007. His direct testimony is expected to take no more than one hour.

2. Ken Eisses

Mr. Eisses is the Chief of the Hydraulics and Hydrology Section. Mr. Eisses may testify about his performance of the engineering for the feasibility study and his assistance with plans and specifications for the project. He was Elaine Pflugh's supervisor and reviewed and approved her work. Mr. Eisses was deposed by plaintiffs on

January 15, 2008. If called as a witness, his direct testimony is expected to take no more than two hours.

3. Dale Hartmann

Mr. Hartmann is an engineer in the Construction Support Branch. Mr. Hartmann is expected to testify about the Contracting Officer's Final Decision for the quantities claim, which he principally authored. Mr. Hartmann was deposed by plaintiff on July 10, 2007. His direct testimony is expected to last no longer than two hours.

4. Elaine Pflugh

Ms. Pflugh is an engineer formerly employed by the Alaska District. Ms. Pflugh would be expected to testify concerning her work designing the Nome Navigation Project and calculating the quantities of stone. Her calculations were used to arrive at the Independent Government Estimate. Ms. Pflugh was deposed by plaintiff on July 11, 2007, and on October 24, 2007. If called as a witness, her direct testimony is expected to last no longer than two hours.

5. Leonard Juhnke

Mr. Juhnke is Manson's Chief Dredging Estimator. He would be expected to testify about his preparation of the dredging estimate for the project for the plaintiff. Mr. Juhnke was deposed by the defendant on February 28, 2008. Mr. Juhnke's testimony would be expected to last no more than two hours.

6. Chuck Nylund

Mr. Nylund is a Kiewit estimator who attended the Joint Venture review meeting that convened on August 18, 2003. Mr. Nylund would be expected to testify about the

estimate and bid made by the plaintiff and his notes concerning the August 18, 2003 meeting. Mr. Nylund was deposed by the defendant on February 29, 2008. His direct testimony would be expected to take less than an hour.

7. Greg Carpenter

Mr. Carpenter is an engineer in the COE's geotechnical branch in Alaska. If called to testify, Mr. Carpenter is expected to testify concerning a January 2004 soil report prepared by the geotechnical branch in and around the Nome Harbor. Mr. Carpenter has not been deposed by plaintiffs, but is available upon reasonable notice. Mr. Carpenter's direct testimony would not be expected to take more than one hour.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

April 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of April, 2008, a copy of the foregoing "Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey