# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| KIEWIT/MANSON JV, Plaintiff, | No. 06-796C |
| v. | Filed: May 12, 2008 |
| UNITED STATES, Defendant. | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on May 9, 2008, with the parties appearing by telephone. As discussed at the conference, at which the parties requested an extension of time, on or before **Thursday, May 15, 2008, 12:00 p.m.**, the parties shall fille their RCFC Appendix A trial materials, detailed in the court's order of March 10, 2008; any motions pertaining to the trial; and the list of all persons, including attorneys, who will be accessing Elmendorf Air Force Base, Alaska for the trial. The court **SCHEDULES** the final pre-trial conference for **Friday, May 16, 2008, 4:00 p.m. EDT**. The parties may appear for the pre-trial conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (907) 276-8010, and defendant's counsel at (202) 307-0163.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**