**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**JOINT WITNESS LIST**

COME NOW counsel of record, and herein files their Joint Witness List in accordance with Court Order:

| | Witness | Time | Topic of Testimony |
|---|---|---|---|
| 1. | Pat Harrison | 3 hours | Mr. Harrison will testify regarding the construction estimate; preparation, content and submission of the KM Proposal; Corps acceptance and award of the contract. Kiewit equipment and equipment costs. |
| 2. | Shawn Lannen | 6 hours | Mr. Lannen will testify to further details regarding the estimate for the construction work. Construction of the Spur Breakwater, Main Breakwater and related work; project delay and holdover of the mining and hauling equipment and related damages; unpaid rock quantities; VECO rock pricing based upon DCAA Audit results. Equipment mobilization, delay, and preparation for removing the mining and hauling equipment from the Nome Project site in 2004 and committing it to other projects |
| 3. | Darrin Hansen | 4.5 hours | Mr. Hansen will testify regarding the management of the KM construction activities on the project. Transition of the KM Proposal into a specific schedule and work plan; owner caused difficulty and delays to the construction operation; Spur Breakwater and Main Breakwater construction; interface with the Corps on design and payment issues; the necessity for winter-over mining and hauling equipment; and unpaid quantities. |

| | Witness | Time | Topic of Testimony |
|---|---|---|---|
| 4. | John Brauchle | 2 hours | Mr. Brauchle will testify regarding details on the field operation and JV interface with Manson's dredging operation. Documentation, design and unpaid quantity issues. |
| 5. | Michael Hartley | 2 hours | Mr. Hartley is the Kiewit Expert regarding the pay quantity calculation; and pay quantity calculation for rock quantities on the project. |
| 6. | Joseph Metzger | 1 hour | Mr. Metzger will offer rebuttal expert testimony regarding the contract interpretation and the rock quantity pay calculations proffered by John McTyre, the government expert. |
| 10. | Pat McGarry | 3.5 hours | Mr. McGarry will testify on Manson's portion of the KM Proposal; overview of the dredging work; and quantification of Manson's dredging cost overrun. |
| 11. | Bob Lofgren | 1 hour | Mr. Lofgren will testify as to Manson's suction dredge estimate, interpretation of the bid documents, comparison of materials actually encountered, and significance of the misinformation and undisclosed documents. |
| 12.. | Leonard Juhnke | 1.5 hours | Mr. Juhnke will testify regarding Mansons' clamshell dredge estimate, interpretation of the bid documents, comparison of materials actually encountered, significance of the misinformation and undisclosed documents, and Manson's re-estimate for the work as a measure of the cost impact to dredging operations |
| 13. | Bob Richardson | 2.5 hours | Mr. Richardson will testify regarding Manson's plan and schedule for the dredging work. The dredging operation in the field, including difficulties experienced during the dredging operation and the effects upon equipment, productivity and cost. |
| 14. | Max Oviedo | 2 hours | Mr. Oviedo will testify regarding Manson's dredging operation; the materials encountered during dredging; and the effect upon equipment, production and costs. Identification of Manson documentation and record keeping. |

| | Witness | Time | Topic of Testimony |
|---|---|---|---|
| 15. | Michael Hartley | 2 hours | Mr. Hartley will offer Expert testimony regarding sufficiency of the pre-bid exploratory work performed by the Corps of Engineers; the erroneous information presented to bidders; and the significance of the undisclosed information. |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Defendant, reserving the right to call witness listed on plaintiff's witness list, respectfully submits the following list of witnesses it will or may call at trial, with the exception of those to be used solely for impeachment:

Witnesses the Government will call are the following:

1. Julie Anderson
   US Army Engineer District, Alaska
   PO Box 6898
   Elmendorf AFB, Alaska 99506-0898
   Tel: 907.753.5685

Ms. Anderson was the Army Corps of Engineers ("COE") project manager assigned to the Nome Navigation project. She is expected to testify concerning all aspects of the plaintiff's

performance of the dredging and construction aspects of the project. Ms. Anderson's direct testimony is expected to take no more than three hours.

2. Greg Carpenter
US Army Engineer District, Alaska
PO Box 6898
Elmendorf AFB, Alaska 99506-0898
Tel: 907.753.2684

Mr. Carpenter is an engineer in the COE's geotechnical branch in Alaska. If called to testify, Mr. Carpenter is expected to testify concerning a January 2004 soil report prepared by the geotechnical branch in and around the Nome Harbor. Mr. Carpenter will also testify about the Geotechnical Reports appended to the contract. Mr. Carpenter's direct testimony would not be expected to take 2-3 hours.

3. Ken Eisses
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.2742

Mr. Eisses is the Chief of the Hydraulics and Hydrology Section. Mr. Eisses will testify about his performance of the engineering for the feasibility study and his assistance with plans and specifications for the project. He was Elaine Pflugh's supervisor and reviewed and approved her work. His direct testimony is expected to take no more than two hours.

4. Ronald Flodin
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.2740

Mr. Flodin was the COE's administrative contracting officer assigned to the Nome Project. Mr. Flodin is expected to testify about the plaintiff's alleged differing site condition and quantities

overrun. Mr. Flodin is also expected to testify about correspondence he received and sent to the plaintiff. His direct testimony is expected to take two hours.

5. Gregory Hartman
Senior Consulting Engineer/Principal
Dalton, Olmsted & Fuglevand, Inc.
10705 Silverdale Way NW
Suite 201
Silverdale, WA 98383
Tel: 360-692-7345

Mr. Hartman is a dredging expert. He is expected to testify, based upon his expert opinion and personal observations, concerning whether the contract specifications and appendices accurately described the condition of the Nome Harbor and other areas dredged pursuant to the contract. Mr. Hartman may also testify concerning the rate of wear upon dredging equipment as well as the productivity rates of the dredges used by the plaintiff. Mr. Hartman's direct testimony is expected to last 1-2 hours.

6. Alan Jeffries
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel:907.753.2740

Mr. Jeffries is an engineer in the COE's Hydraulics and Hydrology section. He is expected to testify about design aspects of the construction of the main breakwater and the existing causeway, the contract specifications, and his personal observations of KM's work on the project. His direct testimony will take 2-3 hours.

7. John McTyre
Construction Disppuet Resolution & Suppoert Services, Inc.
2275 Research Blvd., Suite 500
Rockville, MD 20850
Tel: 202.222.8604

Mr. McTyre is an expert in construction productivity and construction estimating. He is expected to testify, based upon his expert opinion concerning the plaintiff's productivity for both dredging and construction, and the plaintiff's estimating quantities for the construction of the main breakwater, "peel back" of the breakwater, the construction of a breakwater spur, and the existing causeway. Mr. McTyre's direct testimony is expected to last 2-3 hours.

Witnesses the Government may call:

1. Al Arruda
   US Army Engineer District, Alaska
   PO Box 6898
   Elemendorf AFB, Alaska 99506-0898
   Tel: 907.753.5679

Mr. Arruda is the Chief of the Alaska District's Cost Engineering Section. Mr. Arruda will testify about his preparation of the pre-bid Government Estimate for the project using rock quantities prepared by Elaine Pflugh, the designer for the project. His direct testimony is expected to take no more than one hour.

2. Karl Harvey

   US Army Engineer District, Alaska
   PO Box 6898
   Elemendorf AFB, Alaska 99506-0898
   Tel: 907.753.2884

Mr. Harvey was the project engineer for the COE for the Nome Navigation Project. He is expected to testify about his correspondence with the plaintiff concerning the alleged differing site condition and quantities overrun. His direct testimony will take no longer than two hours.

3. Elaine Pflugh

2120 E. 74th Avenue
Unit A
Anchorage, AK 99507

Ms. Pflugh is an engineer formerly employed by the Alaska District. Ms. Pflugh will testify concerning her work designing the Nome Navigation Project and calculating the quantities of stone. Her calculations were used to arrive at the Independent Government Estimate. If called as a witness, her direct testimony is expected to last one to two hours.

4. Lee Seeba
851 East Bedford Dr.
Pueblo West, CO
Tel: 719.549.4266

Mr. Seeba was the Administrative Contracting Officer assigned to the Nome Project until December 2004. He would be expected to testify about his correspondence with the plaintiff concerning issues that arose in connection with the alleged quantities overrun. His direct testimony is expected to last between 1-2 hours.

5. Morgan Ruther

US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.5691

Mr. Ruther is a geotechnical engineer who wrote the notes that are found within Ex. 263. He would be expected to testify about the notes he wrote. His testimony would take less than an hour.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624
Attorneys for Defendant

May 15, 2008

Respectfully submitted this 14th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

CERTIFICATE OF FILING

I hereby certify that on this 15th day of May 2008, a copy of the foregoing "Joint Witness List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey

Respectfully submitted this 14th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334