**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**PLAINTIFF'S WITNESS LIST**

COMES NOW counsel of record for Plaintiff, and herein files it's Witness List in accordance with Court Order, as the undersigned was not afforded the opportunity to revview the "Joint Witness List", with Defendant's inclusions, prior to it's being filed:

| | Witness | Time | Topic of Testimony |
|---|---|---|---|
| 1. | Pat Harrison | 3 hours | Mr. Harrison will testify regarding the construction estimate; preparation, content and submission of the KM Proposal; Corps acceptance and award of the contract. Kiewit equipment and equipment costs. |
| 2. | Shawn Lannen | 6 hours | Mr. Lannen will testify to further details regarding the estimate for the construction work. Construction of the Spur Breakwater, Main Breakwater and related work; project delay and holdover of the mining and hauling equipment and related damages; unpaid rock quantities; VECO rock pricing based upon DCAA Audit results. Equipment mobilization, delay, and preparation for removing the mining and hauling equipment from the Nome Project site in 2004 and committing it to other projects |

| | Witness | Time | Topic of Testimony |
|---|---|---|---|
| 3. | Darrin Hansen | 4.5 hours | Mr. Hansen will testify regarding the management of the KM construction activities on the project. Transition of the KM Proposal into a specific schedule and work plan; owner caused difficulty and delays to the construction operation; Spur Breakwater and Main Breakwater construction; interface with the Corps on design and payment issues; the necessity for winter-over mining and hauling equipment; and unpaid quantities. |
| 4. | John Brauchle | 2 hours | Mr. Brauchle will testify regarding details on the field operation and JV interface with Manson's dredging operation. Documentation, design and unpaid quantity issues. |
| 5. | Michael Hartley | 2 hours | Mr. Hartley is the Kiewit Expert regarding the pay quantity calculation; and pay quantity calculation for rock quantities on the project. |
| 6. | Joseph Metzger | 1 hour | Mr. Metzger will offer rebuttal expert testimony regarding the contract interpretation and the rock quantity pay calculations proffered by John McTyre, the government expert. |
| 10. | Pat McGarry | 3.5 hours | Mr. McGarry will testify on Manson's portion of the KM Proposal; overview of the dredging work; and quantification of Manson's dredging cost overrun. |
| 11. | Bob Lofgren | 1 hour | Mr. Lofgren will testify as to Manson's suction dredge estimate, interpretation of the bid documents, comparison of materials actually encountered, and significance of the misinformation and undisclosed documents. |
| 12. | Leonard Juhnke | 1.5 hours | Mr. Juhnke will testify regarding Mansons' clamshell dredge estimate, interpretation of the bid documents, comparison of materials actually encountered, significance of the misinformation and undisclosed documents, and Manson's re-estimate for the work as a measure of the cost impact to dredging operations |

| | Witness | Time | Topic of Testimony |
|---|---|---|---|
| 13. | Bob Richardson | 2.5 hours | Mr. Richardson will testify regarding Manson's plan and schedule for the dredging work. The dredging operation in the field, including difficulties experienced during the dredging operation and the effects upon equipment, productivity and cost. |
| 14. | Max Oviedo | 2 hours | Mr. Oviedo will testify regarding Manson's dredging operation; the materials encountered during dredging; and the effect upon equipment, production and costs. Identification of Manson documentation and record keeping. |
| 15. | Michael Hartley | 2 hours | Mr. Hartley will offer Expert testimony regarding sufficiency of the pre-bid exploratory work performed by the Corps of Engineers; the erroneous information presented to bidders; and the significance of the undisclosed information. |

Respectfully submitted this 15th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 15th day of May, 2008, a copy of this pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz