# 1IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-796 C<br><br>NOTICE OF INTENT TO MOVE FOR AMENDMENT OF PLEADINGS TO CONFORM TO THE EVIDENCE |

COMES NOW, Plaintiff and gives Notice hereby that, upon commencement of trial in this cause, they will move the Court, pursuant to RCFC 15(b), for an amendment of the pleadings to conform to evidence revealed during pretrial discovery. This evidence will be presented as part of Plaintiff's case at trial. The amendments pertain to the consolidated Dredging Claim which was added as part of the Plaintiff's Amended Complaint filed July 6, 2007, to which no Answer ever has been lodged, and are as follows:

1. Adding Misrepresentation as a grounds for recovery on the Dredging Claim on the basis that the geotechnical information presented in the contract documents upon which Plaintiff based its Proposal for the work was inaccurate and incorrect. The evidence revealed during discovery establishes, among these inaccuracies, that the surface elevations depicted in the offshore borings are erroneous and that the presentation of blow count data is flawed. This erroneous information resulted in Plaintiff being prejudicially misled during the pre-bid evaluation of the characteristics and density of subsurface soils to be dredged.

2. Adding Misrepresentation by Nondisclosure as a grounds for recovery on the Dredging Claim. Discovery has revealed three documents which portray and deal with subsurface conditions in the Nome Harbor area. These documents all were available to the government prior to proposals being submitted on the Nome Project. Had the government made these documents available to bidders, as it could and should have, Plaintiff's assessment of soil conditions in the area to be dredged would have been substantially better informed. As will be established by Plaintiff's evidence upon trial of this cause, Plaintiff's expectation of dredging conditions would have been materially influenced if this information had been disclosed, and the proposed price for the dredging work would have been proportionally increased.

This Motion is based upon the records and documents produced by the government in this case; upon the attached authenticating Affidavit of Counsel; and upon the evidence to be presented at trial from witnesses for Plaintiff and for the government.

Respectfully submitted this 15th of May, 2008.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15th, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz