**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-796 C<br><br>AUTHENTICATING DECLARATION OF COUNSEL IN SUPPORT OF NOTICE OF INTENT TO MOVE FOR AMENDMENT OF PLEADINGS TO CONFORM TO THE EVIDENCE |

During discovery of the government files and records related to the Nome Project we found three separate documents which dealt with subsurface conditions in the Nome Harbor area. All three of these have been made discovery exhibits, and will be offered at trial. They are:

1. Report entitled "Geotechnical Findings Report, Nome Harbor Sheet Pile Replacement, Nome, Alaska (072742)" prepared by USACE Soils and Geology Section, dated January, 2004, Ex. #107.

2. Report entitled "Preliminary Geotechnical Report Nome Harbor Sheet Pile Replacement, Nome Alaska", prepared Shannon & Wilson, dated August, 2004. Ex. #107.

3. Report entitled "Nome Harbor Site Investigation, Final Report", prepared for the City of Nome and USACE by Woodward-Clyde, dated January 28, 1997. Ex. #274.

All three of these documents were in the hands of the government contracting agency before bid proposals were submitted for the Nome Harbor Project work. None of them were included as part of the original bid documents, nor were they included by

addendum to the original bid documents. Plaintiff's evidence will show that the information contained in these documents would have materially influenced Plaintiff's assessment of the dredging conditions to be encountered, and correspondingly would have affected the price which Plaintiff proposed for this work.

Information that came to light during discovery also revealed that the geotechnical data which the government *did* include as part of the bid documents was erroneous and misleading. Bottom elevations proximate to the dredging prism were inaccurate. Blow count data was incorrectly presented. This caused Plaintiff to underestimate the density and difficulty which would be encountered within the dredging prism.

This evidence will be fully presented and developed at trial.

Respectfully submitted this 15th of May, 2008.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15th , 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz