# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

## MOTION TO ACCEPT PLAINTIFF'S DEPOSITION DESIGNATIONS

COMES NOW the Plaintiff, Kiewit/Manson, JV, through counsel of record, and herein moves the Court to allow testimony through deposition designation of the following witnesses:

1. Pete Perez.
2. Lee Seeba.
3. Sandra Carter.
4. Sandra Davidson..

This Motion is supported by attached Memorandum. An appropriate Order is lodged with the Court.

Respectfully submitted this 15th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15, 2008, a copy of the foregoing pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz