**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**MEMORANDUM IN SUPPORT OF MOTION TO ACCEPT PLAINTIFF'S DEPOSITION DESIGNATIONS**

1. Mr. Pete Perez was the Area Engineer for the Southern Alaska area office from December 2002 through April, 2005. Subsequent to that date, he became the Chief of Construction Operations. Mr. Perez presently resides and works for the COE in the State of Texas, and will not be present to testify.

2. Mr. Lee Seeba was the Resident Engineer for the Nome Project, also having ACO authority.

Mr. Seeba is presently residing in and working for the COE in the State of Colorado. He will not be present to testify.

3. Ms. Sandra Carter conducted the Audit of the Kiewit quantities/winter-over claim for DCAA.

Very limited testimony of Ms. Carter is necessary, and the non-critical nature of same makes it more productive to submit her testimony through Deposition Designation.

4. Ms. Sandra Davidson was the Contracting Officer on this project subsequent to replacing Ms. Gail West. The Defendant has not listed either Contracting Officer as a witness in these proceedings and, therefore, her testimony is submitted through Deposition

Designation.

Respectfully submitted this 15th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15th , 2008, a copy of the foregoing pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz