## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

## DEPOSITION DESIGNATIONS

COMES NOW the Plaintiff, Kiewit/Manson, JV, and herein submits its Deposition Designations as follows:

| **Sandra Davidson** | **PAGE AND LINE NUMBERS** |
|---|---|
| | Page 6, lines 13-15 |
| | Page 9, line 8 through line 25 |
| | Page 10, line 1 through line 21 |
| | Page 11, line 8 through line 15 |
| | Page 12, line 6 through line 10 |
| | Page 13, line 7 through line 15 |
| | Page 13, line 19 through line 21 |
| | Page 14, line 9 through line 16 |
| | Page 15, line 18 through line 22 |
| | Page 16, line 17 through line 25 |
| | Page 17, line 4 and 5 |
| | Page 25, line 18 through line 25 |
| | Page 26, line 1 through line 20 |
| | Page 28, line 6 through line 9 |

Page 28, line 17 through line 20

Page 30, line 20 through Page 31, line 1

Page 35, line 20 through Page 36, line 7

Page 36, line 12 through Page 36, line 22

Page 37, line 17 through line 21

Page 40, line 15 through Page 41, line 3

Page 42, line 9 through Page 43, line 8

Page 45, line 6 through line 15

Page 46, line 8 through line 13

Page 47, line 2 through line 6

Page 47, line 17 through line 22

Page 50, line 13 through page 51, line 5

Page 53, line 19 through line 23

Page 56, line 7 and 8, and lines 13 through 15

Page 56, line 20 through page 57, line 10

Page 57, line 13 through page 58, line 5

Page 59, line 25 through page 60, line 1

Page 60, line 10 through line15

Page 62, line 1 through line 3

Page 62, line 12 through line 14

Page 63, line 17 through line 22

Page 64, line 12 through line 21

Page 64, line 23 through page 65, line 14

Page 65, line 19 through line 22

Page 66, line 7 through line 10

Page 70, line 25 through page 71, line 9

Page 72, line 1 through line 3

Page 72, line 7 through line 16
Page 72, line 19 through line 21
Page 73, line 7 through line 18
Page 73, line 20 through line 25
Page 103, line 25 through page 104, line 4
Page 120, line 17 through page 121, line 3
Page 121, line 10 through line 13
Page 121, line 21 through page 122, line 13
Page 147, line 25 through page 149, line 5

| | |
|---|---|
| **Lawrence Seeba** | **PAGE AND LINE NUMBERS** |

Page 27, line 15 through page 28, line 3
Page 28, line 25 through page 29, line 3
Page 30, line 6 through line 23
Page 31, line 7
Page 31, line 13 through line 19
Page 31, line 25 through page 32, line 2
Page 35, line 4 through line 8
Page 36, line 10 through line 15
Page 38, line 25 through page 39, line 6
Page 39, line 25 through page 40, line 4
Page 41, line 24 through page 42, line 4
Page 42, line 13 through page 43, line 5
Page 43, line 8 through page 44, line 10
Page 44, line 21 through page 46, line 9
Page 46, line 15 through line 21
Page 47, line 16 through page 48, line 8
Page 48, line 18 through page 50, line 7

Page 51, line 25 through page 52, line 3

Page 52, line 5-6

Page 52, line 8-9

Page 53, line 2 through line 16

Page 57, line 12 through line 15

| | |
|---|---|
| **Sandra Carter** | **PAGE AND LINE NUMBERS** |
| | Page 5, line 8 through line 10 |
| | Page 9, line 20-22 and line 25 |
| | Page 13, line 4 |
| | Page 13, line 13 through line 16 |
| | Page 14, line 5 through line 11 |
| | Page 32, line 14 through line 25 |
| | Page 36, line 10 through line 21 |
| | Page 37, line 10 through line 25 |
| | Page 54, line 17 through page 55, line 8 |
| | Page 59, line 23 through line 24 |
| | Page 60, line 3 through line 18 |
| | Page 62, line 9 through line 18 |
| | Page 65, line 6 through page 66, line 7 |
| **Pete Perez** | **PAGE AND LINE NUMBERS** |
| | Page 8, line 5 through line 9 |
| | Page 11, line 11 through line 16 |
| | Page 12, lines 12 and 13 |
| | Page 14, line 16 through line 19 |
| | Page 15, line 23 through page 16, line 8 |
| | Page 16, line 11 though line 17 |
| | Page 18, line 18 through line 25 |

Page 20, line 14 and 15

Page 20, line 23 through line 25

Page 21, line 19 through page 23, line 13

Page 30, line 5 through line 10

Page 31, line 24 through page 32, line 11

Page 34, line 4 through line 10

Page 34, line 22 through page 35, line 1

Page 45, line 2 through line 9

Page 48, line 25 through page 49, line 5

Page 52, line 11

Page 53, line 1 through page 54, line 1

Page 62, line 14 through line 16

Page 62, line 24 through page 63, line 1

Page 63, line 22 through page 64, line 17

Page 64, line 22 through page 65, line 4

Page 66, lines 13 and 14

Page 68, line 17 through page 69, line 1

Page 99, lines 12 and 13

Page 100, line 5 through line 20

Respectfully submitted this 15th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15th, 2008, a copy of the foregoing pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz