## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

## ORDER

IT IS HEREBY Ordered, Adjudged and Decreed that Plaintiff's Deposition Designations Re: Testimony of Pete Perez; Lee Seeba; Sanda Carter; and Sandra Davidson are accepted.

Dated this _____ day of ________________, 2008.

______________________________
Marian Blank Horn
U.S. Court of Federal Claims Judge

**CERTIFICATE OF FILING**
I hereby certify under penalty of perjury that on May 15, 2008, a copy of the foregoing Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz