# In the Unites States Court of Federal Claims

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant. | No. 06-796 C |

PLAINTIFF'S TRIAL EXHIBIT LIST

Plaintiff Kiewit/Manson ("KM"), submits the following list of exhibits which plaintiff intend to introduce at trial, with the exception of those exhibits intended solely for impeachment.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Model: causeway spur breakwater |
| 2 | COE project management assignments |
| 3 | Harvey: Hand drawn organization chart. |
| 4 | Listing: QAR representatives who were on-site |
| 5 | September 30, 2003 Source Selection Decision Document |
| 6 | Harvey: Contractor performance evaluation |
| 7 | Dale Hartman's technical analysis of KM claim |
| 8 | March 28, 2008 Dale Hartman technical evaluation - Power Point Slides |
| 9 | August 5, 2003 Jeffries responses to KM pre-bid inquiries |
| 10 | Contract drawings |

| Exhibit No. | Description |
|---|---|
| 11 | November 3, 2004 email re: COE meeting about data collection/ interim surveys |
| 12 | August 9, 2004 Inspectors QA Report (Anderson/ Romenasko site visit) |
| 13 | July 12, 2003 email from Harvey re: payment for salvaged rock |
| 14 | August 25, 2004 email correspondence re: agreed payment for salvaged rock |
| 15 | June 21, 2004 Letter from Corps numbered SAO/C-0017 to KM response to RFI #1 |
| 16 | November 7, 2000 email from Pflugh to Anderson re: majority of project is 100% COE designed |
| 17 | August 11, 2004 email from Roger Floyd to Alan Jeffries re: satisfaction with KM rock placement/performance |
| 18 | Jeffries' Handwritten notes re: confirmation of quantities |
| 19 | September 2, 2004 KM compilation: Estimated Spur Breakwater Quantities |
| 20 | October 4, 2004 KM compilation: Main Breakwater Bull Nose Quantities |
| 21 | November 2, 2004 letter from Darrin Hansen to COE: Certification for Pay Estimate #08 |
| 22 | November 5, 2004 email from Harvey to Hansen re: COE cannot accept pay estimates with quantities exceeding COE estimated quantities |
| 23 | November 5, 2004 email from Hansen to Harvey re: COE has been on notice re: quantity overruns |
| 24 | November 17, 2004 Basic Change Document re: COE confirmation that material quantity is acceptable |

| Exhibit No. | Description |
|---|---|
| 25 | December 8, 2004 email from Karl Harvey to Ron Flodin re: Advised final A22 quantity on Main B/W is +/- 17,800 CY |
| 26 | Quantities summary Jeffries calc for BCD |
| 27 | April 2, 2007 Quantity calculations by Alan Jeffries. Creates "three scenarios" on causeway transition. |
| 28 | April 2, 2008 Quantity calculations by member of COE to be used as rebuttal to KM claim quantity |
| 29 | November 17, 2004 email from Karl Harvey to Alan Jeffries re: request estimates for A22/B22 quantities |
| 30 | November 24, 3005 email from Deb Reidell to Karl Harvey re: COE must demonstrate survey error to dispute KM quantities |
| 31 | May 2, 2005 email from Julie Anderson to Karl Harvey (Alan Jeffries et al) re: concurrence with Increase in bid item per BCD |
| 32 | September 26, 2006 Pay Estimate #27 (pay estimates 21 and 26 attached to this estimate) |
| 33 | Jeffries' sketch engineering & construction org charts |
| 34 | July 25, 2003 email from Gail West to Alan Jeffries re: KM prebid inquiry about quantities |
| 35 | Jeffries site visit log |
| 36 | August 1, 2003 email from Alan Jeffries to Gail West re: response to KM prebid inquiries |
| 37 | Notes from Quantity Meeting with COE negotiations re: quantities |
| 38 | January 5, 2005 email from Alan Jeffries to Julie Anderson re: developing COE position re: quantity dispute |
| 39 | May 18, 2005 email to Alan Jeffries to Sandra Davidson re: unsuccessful in repairing transition cross- sections |
| 40 | May 22, 2005 email from Twist to Alan Jeffries re: confirms difficulty in preparing transition cross-sections |
| 41 | May 23, 2005 email from Moritz to Alan Jeffries re: acknowledges vagueness of design in regards to transition |

| Exhibit No. | Description |
|---|---|
| 42 | May 24, 2005 email from Melby to Alan Jeffries re: ERDC comments in regards to transition design |
| 43 | May 26, 2005 email from Alan Jeffries to Karl Harvey re: cross- sections for Jeffries 3 scenarios presented in Exhibit 27 |
| 44 | June 27, 2005 email from Julie Anderson to Karl Harvey re: average end area calculations |
| 45 | June 9, 2006 Contracting Officer's Decision |
| 46 | December 26, 2006 email from Alan Jeffries to Karl Harvey re: Jeffries final Quantity Check, Main b/w |
| 47 | November 12, 2004 email from Alan Jeffries to John Brauchle re: site visit to assess 10/19/04 storm damage |
| 48 | March 3, 2002 Spiral diary of Alan Jeffries |
| 49 | May 1, 2004 Spiral diary of Alan Jeffries |
| 50 | July 13, 2004 email from Alan Jeffries to Karl Harvey/Julie Anderson re: corrections to contract dredge limits |
| 51 | February 14, 2006 Drawings/calculations by Ken Eisses/Alan Jeffries for Neatline peel-back |
| 52 | October 19, 2004 Calculation sheet by Alan Jeffries for spur breakwater Neatline quantity |
| 53 | Spur b/w sketch sheet attached to RFI #1 re: transition limits |
| 54 | Chart drawn by D. Hartmann |
| 55 | March 17, 2006 email from Karl Harvey to Dale Hartmann re: Nome Spur quantities spreadsheet |
| 56 | March 2, 2007 Kiewit's 1st Interrogatories & Requests for Production to USACE |

| Exhibit No. | Description |
| --- | --- |
| 57 | February 23, 2006 email string between Estes, Karl Harvey, and Julie Anderson re: quantities |
| 58 | Quantity Summary Finals; Pay Request #32 CLIN Changes Summary |
| 59 | Nome Harbor Improvements Survey Summary |
| 60 | May 2, 2006 email from Alan Jeffries to Dale Hartmann re: Nome Main Breakwater A22 and B22 Quantities |
| 61 | May 12, 2006 email from Livers to Dale Hartmann attaching Minutes of the Fifth Annual Civil Works "Lessons Learned Meeting" |
| 62 | May 2, 2006 email from Alan Jeffries to Dale Hartmann and Julie Anderson re: Nome Main BW A22 & B22 Quantities |
| 63 | Proposal Schedule |
| 64 | Handwritten Chain of Command Chart |
| 65 | January 11, 2007 email from Sandra Davidson to Julie Anderson & Ron Flodin forwarding message from Alan Jeffries re: quantities calculations |
| 66 | January 9, 2007 email from Julie Anderson to Karl Harvey, Ron Flodin & Alan Jeffries re: Final quantities |
| 67 | Contract sections re: demolition and salvage |
| 68 | Nome, Alaska Plans & Specs Hydraulic Technical Design Notes |
| 69 | COE, Alaska District, Response to Value Engineering Study |
| 70 | Nome Nav. Improvements Minutes from Design Coordination Team Mtg #1 On February 8, 2000; Mtg #2 on April 24, 2000; Mtg #3 on June 9, 2000. |
| 71 | Workable Schedule Developed by VE Study Team (this is for the design schedule) |

| Exhibit No. | Description |
|---|---|
| 72 | November 7, 2000 email from Elaine Pflugh to Julie Anderson re: Nome bridge design |
| 73 | June 12, 2001 Quality Control Plan |
| 74 | Average End Area Calculations; Armor Rock Calculations |
| 75 | April 12, 2000 Calculations for Main Breakwater Quantities |
| 76 | Main BW Original Quantities |
| 77 | Nome Quantity Check Calculations dated August 8, 2000 |
| 78 | Nome Quantities in regards to the rock dated April 5, 2002 |
| 79 | Nome Quantities for rock by location dated January 30, 2003 |
| 80 | Graphic Representations of breakwater |
| 81 | Graphic Representations of breakwater |
| 82 | Graphic Representations of breakwater |
| 83 | Graphic Representations of breakwater |
| 84 | Graphic Representations of breakwater |
| 85 | September 5, 2001 USACE Memo re: Demo work information w/ Fall 1995 pics |
| 86 | Letters dated from October 2002 from Alaska Department of Environment to Anderson re: dredging project |
| 87 | February 1, 2001Handwritten notes re: Meeting with City of Nome |
| 88 | October 2, 2001 memo from Magee to Eggener, Chandler & Merkouris re: Red Samm's Alleged Claim of Differing Site Conditions along the Alignment of Marine Outfall |
| 89 | August 8, 1991 letter from CH2M's Maciariello to Merkouris at City of Nome re Differing Site Conditions Claim |

| Exhibit No. | Description |
|---|---|
| 90 | February 1, 1991 Western Gold Exploration & Mining Co Ltd Part Nome Offshore Placer Project Final Annual Report 1990 |
| 91 | Civil Works Project Management Plan Agreement |
| 92 | Review of Bid Schedule Prices for Spur BW Construction |
| 93 | September 23, 2003 proceedings Report for June –September, 2003 |
| 94 | Handwritten Worksheets dated September 16, 2003 |
| 95 | Arruda evaluation sheets |
| 96 | May 23, 2003 Civil Works Project Interim Technical Review Construction materials and Methodology |
| 97 | February 21, 2003 Eisses Memo for Distribution re: Nome project Plans & Specifications Supplemental Review |
| 98 | April 7, 2003 Draft Internal Plans and Specs Quality Checklist |
| 99 | May 18, 2004 email from Alan Jeffries to Karl Harvey re: Spur Breakwater tie-in |
| 100 | June 10, 2004 email from Alan Jeffries to Karl Harvey re: Initial Response to Nome RFI #1 Spur Transition Tie-in |
| 101 | April 9, 2004 email from Alan Jeffries to Karl Harvey re: Calculations in design file |
| 102 | June 21, 2004 email from Alan Jeffries to Karl Harvey re: Additional information on Spur Breakwater tie-in based on KM's 6/20/04 questions |
| 103 | June 18, 2004 email from Lee Seeba to Karl Harvey re: Initial Response to RFI #1 |
| 104 | August 25, 2004 email from Karl Harvey to Julie Anderson re: Causeway Bridge Abutment Armor Stone |
| 105 | August 27, 2005 letter from Lee Seeba to KM re: Reconstruction of Causeway Seawall |

| Exhibit No. | Description |
| --- | --- |
| 106 | December 8, 2004 email from Julie Anderson to Karl Harvey re: Draft A22 Qty Letter |
| 107 | January 1, 2004 COE Geotechnical Findings Report |
| 108 | October 1, 2006 Certified Claim for Equitable Adjustment of the Contract Sum due to Differing Site Conditions |
| 109 | May 2, 2007 Contracting Officer Decision on Dredging Differing Site Condition |
| 110 | April 13, 2007 Audit Report |
| 111 | December 8, 2006 Audit Report |
| 112 | April 10, 2006 email from Sandra Carter to Adam Paris/John Brauchle re: Summarization of Requested Audit Support |
| 113 | January 12, 2006 email from Adam Paris to Scott Fowlds/Shawn Lannen/John Brauchle re: Audit Request |
| 114 | January 12, 2004 email from Walters to Karl Harvey/Ron Flodin/Dale Hartmann/Julie Anderson re: KM Joint-Venture Audit |
| 115 | April 20, 2006 Handwritten Telephone conference notes of John Brauchle/Adam Paris/ Dale Hammond/Sandra Carter |
| 116 | April 21, 2006 letter from Shawn Lannen to SandraCarter re: creating documents that are not in existence |
| 117 | April 27, 2006 email from Julie Anderson to Dale Hartmann/Greg Vanagel re: Audit Request |
| 118 | May 4, 2006 email from Julie Anderson to Dale Hartmann forwarding email from Sandra Carter re: audit suspension |
| 119 | October 4, 2006 email from Adam Paris to Sandra Carter re: Audit question |

| Exhibit No. | Description |
|---|---|
| 120 | October 5, 2004 email from Adam Paris to Shawn Lannen re: Audit Request attaching equipment rate worksheets |
| 121 | October 16, 2006 email from Julie Anderson to Dale Hartmann re: Request for Technical (salvage quantities) |
| 122 | Item Summary - 8 Peel Back Causeway Rock for Construction |
| 123 | September 10, 2003 Reasonable Contract Estimate for Nome Navigation Improvements- IGE |
| 124 | October 21, 2005 Detailed Estimate Dredge Entrance and Temporary Work Road |
| 125 | May 12, 2005 Pipeline Dredge Estimate |
| 126 | May 9, 2005 Pipeline Dredge Estimate Mob & Demob Cost |
| 127 | May 9, 2005 email from Fore to Al Arruda re: cost estimate for Nome |
| 128 | May 9, 2005 email from Deb Reidell to Al Arruda re: Modification allowing 10% overhead |
| 129 | September 10, 2003 Detailed Estimate Dredge Causeway Dock |
| 130 | January 24, 2005 Detailed Estimate Dredge Existing Entrance Channel |
| 131 | August 31, 2006 email from Julie Anderson to Al Arruda re: Nome Sheetpile - Crowley Dock |
| 132 | June 23, 2003 email from Al Arruda to Hardy re: Nome Navigation Improvements - Causeway Bridge Construction |
| 133 | April 30, 2003Memo for Chief re: Certification of Inc of Bid Ability signed by Swanson & Hannon |
| 134 | July 25, 2003 email from Gail West to Alan Jeffries/ Julie Anderson re: Bid inquiry #1 |
| 135 | June 17, 2003 COE Exploration Log |

| Exhibit No. | Description |
| --- | --- |
| 136 | January 9, 2008 email from Alan Jeffries to Toni London re: CADD files |
| 137 | April 1, 2005 email from Alan Jeffries to Karl Harvey re: Modified Quantities at South Abutment, and other issues |
| 138 | Nome Stone Cliam Quantities - Corps total compared to Contract based on KM as-builts |
| 139 | October 4, 2004 Main Breakwater Bull Nose Quantities |
| 140 | February 8, 2006 email from Alan Jeffries to Julie Anderson re: HH no problem using A8/A5 rock |
| 141 | January 5, 2005 email from Alan Jeffries to Julie Anderson re: Dec 15-16 draft meeting minutes for review |
| 142 | March 17, 2005 email from Julie Anderson to Karl Harvey, et. al. attaching agenda for meeting on surveys |
| 143 | December 9, 2004 email from Sandra Davidson to Karl Harvey, et. al. re: KM requesting meeting |
| 144 | August 25, 2004 email from Julie Anderson to QAR & Karl Harvey re: Causeway Bridge Abutment Armor Stone |
| 145 | February 28, 2005 email from Alan Jeffries to Karl Harvey re: Elaine Pflugh numbers for abutment area only |
| 146 | September 3, 2004 email from Karl Harvey to Alan Jeffries forwarding email re: Nome letters not being sent |
| 147 | April 28, 2005 Darrin Hansen to Corp- (Ron Flodin) Letter |
| 148 | May 6, 2006 Corps- (Ron Flodin) to Kiewit Letter |
| 149 | June 2003 Proposal Documents |
| 150 | June/July 2003 Exploration Logs- also ex. 135 |
| 151 | December 21, 2004 email from Julie Anderson re: Nome Quantities Meetings, Corp Position |

| Exhibit No. | Description |
|---|---|
| 151B | December 21, 2004 Notes from Quantity Meeting with COE |
| 152 | February 23, 2006 Fact Sheet |
| 153 | October 1, 2004 Weekly owners meeting agenda |
| 154 | April 5, 2004 Darrin Hansen to Corps (Karl Harvey) letter with schedule |
| 155 | July 8, 2004 email from Julie Anderson re: frustrated with communication |
| 156 | August 18, 2004 email from Julie Anderson re: BCD and bullnose |
| 157 | August 23, 2004 email from Julie Anderson to Alan Jeffries re: the current design for the bull nose that was removed being different? |
| 158 | August 23, 2004 email from Alan Jeffries to Joy re: her question on the spur breakwater bull nose |
| 159 | August 30, 2004 email from Alan Jeffries regarding the SeaWall and the bridge business, discussed in length with construction. |
| 160 | November 19, 2004 email exchange between Alan Jeffries and Karl Harvey re: quantity calculations and estimates for A22 and B22 rock |
| 161 | December 7, 2004 email from Ken Eisses to Karl Harvey re: A22 qty and estimate amounts for letter |
| 162 | December 8, 2004 email from Karl Harvey re: Final version of SAO/C-0041 attached |
| 163 | December 9, 2004 email from Julie Anderson re: Need cross-sections from Kiewit in order to evaluate bullnose quantities |

| Exhibit No. | Description |
|---|---|
| 164 | December 9, 2004 letter from Sandra Davidson informs Shawn Lannen that she is the only one who has authority to speak if bid quantity goes past 100% |
| 165 | March 17, 2005 email from Karl Harvey re: Draft of SAO/C-0065 letter concerning requested payment for A22 stone used to rebuild existing causeway |
| 166 | May 26, 2005 email from Julie Anderson re: lack of cross section data and that conclusion that KM "building what they want, and expect the corp to buy it." |
| 167 | Davidson File |
| 168 | May 14, 2004 Pre-Construction Meeting for Nome Project |
| 169 | December 10, 2004 C/SAO-039 re: Contracting Officer make all decisions in matters of contracting issues |
| 170 | January 11, 2007 email from Sandra Davidson to Julie Anderson and Ron Flodin |
| 171 | July 29, 2003 Peel back existing causeway calculations and drawing |
| 172 | February 14, 2006 emails re: quantity estimates for Peelback, causeway and putback |
| 173 | Specification Section 3.3 placement to 3.6 placement |
| 174 | Drawing done by Sandra Davidson during deposition |
| 175 | KDC- Nome Salvage Rock |
| 176 | March 15, 2004 Letter to transmit the breakdown of Lump Sum Bid Items |

| Exhibit No. | Description |
|---|---|
| 177 | January 25, 2006 string of emails- 3 pages between corps members concerning the position the corps is taking, plus analysis of the rock issue. |
| 178 | June 5, 2006 email between Pete Perez and Dale Hartmann re: Contracting Officer Decision is final |
| 179 | April 13, 2005 email from Julie Anderson re: 2005 Field Season and meeting with the city of Nome |
| 180 | September 19, 2005SL C-0104 "no ind std", restricted sample method denied |
| 181 | August 30, 2005 SL C/SAO-093 re: Continue follow-up - asked to be compensated |
| 182 | February 12, 1982 Log of boring- Port of Nome, Nome, AK |
| 183 | March 11, 2003 email from Alan Jeffries re: barge ramp specifications, drawings, and attachments asking "please review" |
| 184 | Mary 18, 2004 email from Richard Hancock re: meeting noted from Partnering Session |
| 185 | September 22, 2004 email from Lee Seeba to Julie Anderson re: earlier email from Julie Anderson about "taking an earful" from Randy about management, etc. |
| 186 | October 21, 2004 email from Ron Flodin re: damage to the seawall |
| 187 | Set of Pay Estimates for the Nome Navigation Projects |
| 188 | November 8, 2004 email re: Information as to why Joint Venture would not get paid |
| 189 | January 6, 2005 email "For informational purposes", sent a copy of Pay Estimate #10 using in place quantities, regardless of contract quantities, to show what K/M was owed. |

| Exhibit No. | Description |
|---|---|
| 190 | Transmittal of Shop Drawings |
| 191 | KM Proposal to the Corps Tab D Understanding of the Requirement |
| 192 | April 14, 2005 Request for Information with answer |
| 193 | April 19, 2005 email from Alan Jeffries re: Responses to RFIs 14-17, copies of RFI 14-18 attached |
| 194 | May 3, 2005 Schedule not known due to quantity overrun issue. Dredging impact to potential delay, quantity overrun meeting set up for 10th, KM notified expected overrun in causeway rock removal and reconstruction. KM at bid qty for toe excavation. Emergency Dredging dispute needs US response. Main Breakwater transition, KM will not provide additional details in this area. |
| 195 | May 25, 2005 follow up to May 10, 2005 meeting -- "The Government position is that the 1,000 CY of seawall A22 stone replaced during spur breakwater construction on the end of the causeway will not be considered for payment." |
| 196 | May 26, 2005 letter stating "The cross section should have been done prior to the contract, but it was not. It is a design function that the USACE did not complete. ... Obviously since Allan could not get the sections to KM in two weeks this portion of the work was very ambiguous. KM waited from May 10 to May 22, about 2 weeks." |
| 197 | May 27, 2005 email from Ron Flodin re: sitting on letter until Tuesday to discuss weaknesses |
| 198 | June 9, 2005 email from Greg Vanagel re: Pay them for something less than what they constructed, but more than what they're proposal showed |
| 199 | August 2, 2006 Joint Venture Financial Dredge Report |
| 200 | April 7, 2006 Request for Equitable Adjustment from Kiewit/Manson- C/SAO-112 |
| 201 | April 4, 2007 Costs of Excess Parts Replacements |

| Exhibit No. | Description |
| --- | --- |
| 202 | April 13, 2007 DCAA- Audit Report |
| 203 | August 20, 2003 Bid Item Summary |
| 204 | April 4, 2007 Manson Dredging Claim- with amendments |
| 205 | Invoice for red dyed diesel/ Crowley Invoices |
| 206 | Spec Section 02222- pgs. 1& 2 |
| 207 | April 20, 2005 Coordination Meeting Notes |
| 208 | April 28, 2005 Letter from KM numbered C/SAO-069 |
| 209 | May 6, 2005 Response from Corps to KM letter C/SAO-069 |
| 210 | July 9, 2005 Letter from KM to Corps numbered C/SAO-084 |
| 211 | Daily Dredge Logs from August 2005 |
| 212 | Manson Cost Transaction Report |
| 213 | December 12, 2007 letter to Hibey about shipment of documents via compact disk. |
| 214 | Daily Dredge Logs from Summer 2005 |
| 215 | Foreman's Daily Timecard from Summer 2005 |
| 216 | Foreman's Diary and Daily Quantities from Summer 2005 |
| 217 | Labor Rates for Force Account Billing |
| 218 | Daily operating costs for dredging |
| 219 | Proposal Documents Item 0002- Dredge/Excavate and dispose of material form entrance channel and sediment traps |
| 220 | August 5, 1991 Report- "Boring information is less than desired but indicates the following" |
| 221 | Summary of test pits excavations |
| 222 | Metso minerals estimate |

| Exhibit No. | Description |
|---|---|
| 223 | KM Proposal to the Corps Tab A- Experience re: Kiewit Manson JV |
| 224 | KM Proposal Document Tab D- Understanding of the Requirement re: Kiewit Manson JV |
| 225 | Page from Terry Kindschuh notebooks- "afraid to speak out, scared to get fired" |
| 226 | January 28, 2004 De-Mob sheet- equipment schedule |
| 227 | Summary of dredge estimate and estimate figures |
| 228 | January 1, 1987 Quarry quantities |
| 229 | Waibel yield calculations for rock- 2.8% |
| 230 | September 9, 2003 Bid Estimate Book 1 |
| 231 | September 9, 2003 Proposal Schedule filled in |
| 232 | September 9, 2003 Technical Proposal |
| 233 | Material Sale Contract between Nome Quarry and Joint Venture |
| 234 | August 5, 2005 REA attached to Serial Letter 88 |
| 235 | June 16, 2004 drawing of spur from meeting about Bridge Design |
| 236 | January 26, 2005 KM letter numbered C/SAO- 044 about Quantity overrun |
| 237 | July 18, 2005 calculation of quantity overrun |
| 238 | August 31, 2005 meeting worksheet about breakwater construction |
| 239 | Black Gold Trucking Quantities |
| 240 | Quantity Overrun spreadsheet by subject |

| Exhibit No. | Description |
|---|---|
| 241 | August 29, 2006 Cost Reports |
| 242 | December 10, 2004 Kiewit response to Corps letter numbered C/SAO-041, A22 and B22 stone quantities |
| 243 | Meeting notes from 12/15/-12/16 2004 meeting |
| 244 | October 10, 2004 letter from Alaska DOT to Hansen re: Layout points for Glacier Creek Bridge Turnout |
| 245 | Kiewit response to Corps letters numbered C/SAO- 068, request for Survey Data |
| 246 | December 10, 2004 KM letter numbered C/SAO-039 re: contract correspondence with the corps |
| 247 | September 14, 2004 email from Ron Flodin re: Pay Estimate |
| 248 | Nome Breakwater Quantity Summary as determined by PND Engineers |
| 249 | Nome Breakwater Quantity Summary as determined by PND Engineers |
| 250 | April 11, 2008 Expert Report of Mike Hartley |
| 251 | Nome Breakwater Plan View Sheets 1-21 as prepared by PND Engineers |
| 252 | Nome Breakwater Plan View Sheet 3 of 21 as prepared by PND Engineers |
| 253 | Nome Breakwater Plan View Sheet 4 of 21 as prepared by PND Engineers |
| 254 | Nome Breakwater Plan View Sheets 1-5 as prepared by PND Engineers |
| 255 | April 22, 2008 letter from Hibey re: John McTyre supporting documents and request for documents |
| 256 | April 11, 2008 expert report by Bob Lofgren |

| Exhibit No. | Description |
|---|---|
| 257 | April 14, 2008 email to Hartman re: Nome Math |
| 258 | January 28, 1997 "Palmer" Report re: dredging |
| 259 | April 11, 2008 email to Greg Hartman re: Bechtolt |
| 260 | May 1, 2008 deposition notice to John McTyre |
| 261 | April 10, 2008 emails from Toni London to John McTyre |
| 262 | June 2003 Proposal Documents |
| 263 | January 28, 1997 "Palmer" Report – complete report |

Respectfully submitted this 15th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Manson JV
Barokas Martin and Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15th , 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz