**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**OBJECTION TO "JOINT STIPULATION OF FACTS"**

The undersigned did not see the "Joint Stipulation of Facts" until after it was filed with the Court. Plaintiff objects to Defendant's proposed Stipulations and refers the Court to page 15 of the "Joint Stipulation of Facts", and objects to the self-serving statements of Defendant's counsel.

Respectfully submitted this 15th of May, 2008.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 15th day of May, 2008, a copy of this pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz