## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C |

**OBJECTION TO "JOINT STATEMENT OF ISSUE OF FACT AND LAW"**

The undersigned did not see the above pleading until after it was filed with the Court. Plaintiff objects to the issues of fact, and submits that the issues of law are, in reality, issues of fact in disguise, formed in a self-serving manner by Defendant.

Respectfully submitted this 15th of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 15th day of May, 2008, a copy of this pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz

Herbert A. Viergutz