# 1IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-796 C<br><br>MOTION IN *LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF GREGORY L. HARTMAN AND TO STRIKE HIS EXPERT REPORT |

COMES NOW Plaintiff and moves the Court, in *limine*, for an Order precluding the testimony of Gregory L. Hartman, an expert proffered by Defendant; and a further order that his Expert Report be stricken, pursuant to RCFC 37(c)(1), on the grounds of substantial and prejudicial noncompliance with RCFC 26(a)(2)(B). This Motion is based upon the attached Memorandum of Authorities and the Authentication Affidavit of Counsel.

DATED this 15th day of May, 2008.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15, 2008, a copy of the foregoing pleading was filed electronically. understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz