**1IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-796 C<br><br>DECLARATION OF HERBERT A. VIERGUTZ IN SUPPORT OF MOTION IN *LIMINE* TO EXCLUDE EXPERT TESTIMONY OF GREGORY L. HARTMAN AND TO STRIKE HIS EXPERT REPORT |

I, Herbert A. Viergutz, do hereby state and declare as follows: I am over the age of 18 and have personal knowledge of the following facts, and am competent to testify thereto.

1. I have reviewed the facts set forth in Plaintiff's Memorandum of Authorities in Support of the Motion to Exclude Expert Testimony of Gregory L. Hartman and to Strike his Expert Report. This reference is to the agreements regarding serving Expert Reports (p. 1, ¶1); the critical need for timely receipt of Mr. Hartman's Report because of Mike Hartley's departure for Attu (p. 1, ¶2); receipt and content of the Hartman Report (p. 2, ¶¶1, 2); and the circumstances of Mr. Hartley's expert deposition (p. 2, final paragraph; p.3, ¶1). I have first-hand knowledge of the facts as therein stated, and can attest they are true and accurately stated to the best of my knowledge and belief.

I declare under penalty of perjury of the laws of the state of Alaska the foregoing is true and correct.

DATED this 15th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 15th, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz

Herbert A. Viergutz