**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C<br>(Judge Horn) |

DEFENDANT'S MOTION FOR LEAVE TO FILE A JOINT EXHIBIT LIST
OUT OF TIME AND TO PRESERVE OBJECTIONS UNTIL TRIAL

Defendant respectfully requests that the Court: (1) grant leave for the parties to file a joint exhibit list, and (2) to preserve objections, if any, to exhibits upon such joint exhibit list, until trial.

The parties' joint exhibit list, like the other joint filings prescribed by the Court's orders dated March 10, 2008 and May 9, 2008, were due at 12:00 today. Due to an apparent misunderstanding, and efforts to complete other pretrial filings, the parties failed to complete and file a joint set of exhibits that complies with the Court's orders by today's deadline.[1] At approximately noon today, we contacted plaintiff's counsel to attempt to discuss, among other things, how to rectify the exhibit list matter. Plaintiff's counsel terminated the call. Later this afternoon, plaintiff filed a "Plaintiff's Trial Exhibit List." Accordingly, at this time, we regret that we are not in a position to timely file with the Court a joint exhibit list, and request leave for

[1] Defendant's records indicate that its list of defendant's exhibits was transmitted to plaintiff at approximately 8:23 a.m. EST; at approximately 2:50 pm EST we received a list of plaintiff's exhibits other than those that are set forth in the trial exhibit list that plaintiff filed this afternoon.

the parties to attempt to file a joint exhibit list, that eliminates duplication, by May 21, 2009.

Defendant also respectfully requests that the parties be permitted to preserve their objections to exhibits until trial. Under the present circumstances, we are not in a position to identify completely all objections to the form of the proposed exhibits. Further, some objections, such as to foundation and hearsay, will not become apparent until trial, because they will depend upon a party's attempted use of an exhibit. For these reasons, and given the many other pretrial matters that the parties need to complete before the scheduled start of trial, we respectfully submit that it will be in the interest of efficiency to permit objections to exhibits be preserved until an exhibit is actually offered a trial.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

May 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of May 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A JOINT EXHIBIT LIST OUT OF TIME AND TO PRESERVE OBJECTIONS UNTIL TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey