**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-796 C<br><br>MOTION IN *LIMINE* TO PRECLUDE EXPERT TESTIMONY FROM JOHN MCTYRE AND TO STRIKE HIS EXPERT REPORT |

COMES NOW Plaintiff and moves the Court to preclude the expert testimony of John McTyre, who has been proffered as an expert witness by Defendant. Specifically:

1. That Mr. McTyre's testimony regarding Rock Quantities be precluded, and that his Expert Report regarding Rock Quantities be stricken, on the ground that the entire opinion on this subject consists of, and is based upon, Mr. McTyre's interpretation of the contract. Contract interpretation is the province of the Court, and thus is not a proper subject for expert testimony.

2. That Mr. McTyre's testimony and opinions relating to his reading/interpretation of the geotechnical data provided in the Nome Project Bid Documents be precluded, and that his Expert Report regarding his reading of these geotechnical data be stricken on the grounds that (i) to the extent interpretation of the contract is involved, the Court has exclusive province and expert testimony on the subject should be foreclosed; and (ii) to the extent the interpretation involved technical expertise, Mr. McTyre is not, nor does he hold himself out to be, a geotechnical expert, and thus he

cannot meet the threshold requirements for rendering an expert opinion in this subject area.

3. That Mr. McTyre's testimony regarding the means, methods and results of the KM dredging operation on the Nome project be precluded, and that his report on the subject be stricken, on the grounds that Mr. McTyre cannot qualify as, and he concedes that he is not, a dredging expert.

4. Mr. McTyre's opinions regarding Plaintiff's Delay/Winter-over claim (dealt with in his Report at p. 8, ¶¶3-5); and his opinion regarding alleged errors in the dredge damages calculations (dealt with in his Report at pp. 22-24), are not addressed in this Motion.

This Motion is based upon the attached excerpts from the deposition testimony of Mr. McTyre, together with the appended Memorandum of Authorities and Authentication Affidavit of Counsel.

DATED this 15th day of May, 2008.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May15th, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz