IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to the Court's oral order of May 16, 2008 that defendant submit a witness list that establishes the order of the witnesses the Government expects to call, defendant, reserving the right to call witness listed on plaintiff's witness list, respectfully submits the following list of witnesses it expects to call at trial, with the exception of those to be used solely for impeachment:

1. Julie Anderson
   US Army Engineer District, Alaska
   PO Box 6898
   Elmendorf AFB, Alaska 99506-0898
   Tel: 907.753.5685

Ms. Anderson was the Army Corps of Engineers ("COE") project manager assigned to the Nome Navigation project. She is expected to testify concerning all aspects of the plaintiff's performance of the dredging and construction aspects of the project. Ms. Anderson's direct testimony is expected to take no more than three hours.

2. Elaine Pflugh
2120 E. 74th Avenue
Unit A
Anchorage, AK 99507

Ms. Pflugh is an engineer formerly employed by the Alaska District. Ms. Pflugh will testify concerning her work designing the Nome Navigation Project and calculating the quantities of stone. Her calculations were used to arrive at the Independent Government Estimate. If called as a witness, her direct testimony is expected to last approximately one to two hours.

3. Alan Jeffries
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel:907.753.2740

Mr. Jeffries is an engineer in the COE's Hydraulics and Hydrology section. He is expected to testify about design aspects of the construction of the main breakwater and the existing causeway, the contract specifications, and his personal observations of KM's work on the project. His direct testimony will take approximately two to three hours.

4. Ken Eisses
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.2742

Mr. Eisses is the Chief of the Hydraulics and Hydrology Section. Mr. Eisses is expected to testify about his performance of engineering-related assistance with plans and specifications for the project. He was Elaine Pflugh's supervisor. His direct testimony is expected to take approximately two hours.

5. Lee Seeba
851 East Bedford Dr.
Pueblo West, CO
Tel: 719.549.4266

Mr. Seeba was the Administrative Contracting Officer assigned to the Nome Project until December 2004. He is expected to testify about his correspondence with the plaintiff concerning issues that arose in connection with the alleged quantities overrun. His direct testimony is expected to last approximately one to two hours.

6. Karl Harvey
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.2884

Mr. Harvey was the project engineer for the COE for the Nome Navigation Project. He is expected to testify about his correspondence with the plaintiff concerning the alleged differing site condition and quantities overrun. His direct testimony will take no longer than two hours.

7. Ronald Flodin
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.2740

Mr. Flodin was the COE's administrative contracting officer assigned to the Nome Project. Mr. Flodin is expected to testify about the plaintiff's alleged differing site condition and quantities overrun. Mr. Flodin is also expected to testify about correspondence he received and sent to the plaintiff. His direct testimony is expected to take approximately one-two hours.

8. Greg Carpenter
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898

Mr. Carpenter is an engineer in the COE's geotechnical branch in Alaska. If called to testify, Mr. Carpenter is expected to testify concerning a January 2004 soil report prepared by the geotechnical branch in and around the Nome Harbor. Mr. Carpenter may also testify about the Geotechnical Reports appended to the contract. Mr. Carpenter's direct testimony would not be expected to take one to two hours.

9. Morgan Ruther
US Army Engineer District, Alaska
PO Box 6898
Elemendorf AFB, Alaska 99506-0898
Tel: 907.753.5691

Mr. Ruther is a geotechnical engineer who wrote the notes that are found within Ex. 263. He would be expected to testify about the notes he wrote. His testimony would take less than an hour.

10. Gregory Hartman
Senior Consulting Engineer/Principal
Dalton, Olmsted & Fuglevand, Inc.
10705 Silverdale Way NW
Suite 201
Silverdale, WA 98383
Tel: 360-692-7345

Mr. Hartman is a dredging expert. He is expected to testify, based upon his expert opinion and personal observations, concerning whether the contract specifications and appendices accurately described the condition of the Nome Harbor and other areas dredged pursuant to the contract. Mr. Hartman may also testify concerning the rate of wear upon dredging equipment as well as the productivity rates of the dredges used by

the plaintiff. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions. Mr. Hartman's direct testimony is expected to last one to two hours.

11. John McTyre
Construction Dispute Resolution & Support Services, Inc.
2275 Research Blvd., Suite 500
Rockville, MD 20850
Tel: 202.222.8604

Mr. McTyre is an expert in construction productivity and construction estimating. He is expected to testify, based upon his expert opinion concerning the plaintiff's productivity for both dredging and construction, and the plaintiff's estimating quantities for the construction of the main breakwater, "peel back" of the breakwater, the construction of a breakwater spur, and the existing causeway. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions. Mr. McTyre's direct testimony is expected to last three to four hours.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

May 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of May 2008, a copy of the foregoing "Defendant's Witness List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey