**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-796 C<br><br>NOTICE OF FILING<br>SECOND AMENDED COMPLAINT |

COMES NOW the Plaintiff, Kiewit/Manson JV, by and through counsel of record, and herein files its Second Amended Complaint, including paragraph VI. Cause of Action, i.e.: Third Cause of Action: Dredging Claim Based Upon Affirmative Misrepresentation And/Or Non-Disclosure.

Respectfully submitted this 20th day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on May 20, 2008 copy of this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz

Herbert A. Viergutz