# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KIEWIT/MANSON JV, | |
| Plaintiff, | No. 06-796 C |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## NOTICE OF FILING DEPOSITION DESIGNATIONS OF ALBERT ARRUDA

COMES NOW the Plaintiff, Kiewit/Manson JV, by and through counsel of record, and herein files its Deposition Designations pursuant to Order of this Court accepting Deposition Designations for Albert Arruda.

Respectfully submitted this 21st day of May, 2008.

s/Herbert A. Viergutz
Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

CERTIFICATE OF FILING
I hereby certify under penalty of perjury that on May 21st, 2008 copy of this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz