**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

**DEPOSITION DESIGNATIONS**

COMES NOW the Plaintiff, Kiewit/Manson, JV, and herein submits its Deposition Designations for Albert Arruda as follows:

| **Albert Arruda** | **Page and Line Numbers - Volume I** |
|---|---|
| | Page 6, lines 8 through 10 and 13 through 17 |
| | Page 14, lines 5 through 15 |
| | Page 17, lines 15 through 19 |
| | Page 30, line 22 through Page 31, line 7 |
| | Page 35, line 17 through 19 |
| | Page 37, lines 1 through 7 |
| | Page 40, lines 12 through 19 |
| | Page 51, lines 1 through 8 |
| | Page 56, line 18 through Page 57, line 1 |
| | Page 61, line 13 through Page 62, line 9 |
| | Page 64, line 15 through 17; and lines 21 through 23 |
| | Page 65, line 25 |
| | Page 67, lines 3 through 12; lines 20 through 21; and lines 24 through 25 |

Page 68, lines 2 through 3; line 7 through Page 69, line 13

Page 70, lines 17 through 19

Page 71, lines 5 through 7

Page 72, line 12 through Page 73, line 5

Page 74, lines 5 through 12

Page 75, lines 15 through 22

Page 76, lines 20 through 23

Page 77, lines 3 through 13

**Albert Arruda** **Page and Line Numbers - Volume II**

Page 4, lines11 through 25

Page 5, lines 19 through 22

Page 6, line 21 through Page 7, line 1

Page 8, lines 2 through 4

Page 11, lines 12 through 20

Page 12, lines 5 through 6

Page 13, lines 10 through 15

Page 15, line 12 through Page 16, line 3

Page 16, line 25

Page 17, lines 2 and 5

Page 21, lines 19 through 24

Page 48, line 21 through Page 52, line 13

Page 54, lines 7 through Page 57, line 25

Page 71, line 10 through Page 72, line 13.

Respectfully submitted this 21st day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on May 21st, 2008, a copy of the foregoing pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz