**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KIEWIT/MANSON JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-796 C |

**NOTICE OF FILING SECOND AMENDED SECOND AMENDED COMPLAINT**

COMES NOW the Plaintiff, Kiewit/Manson JV, by and through counsel of record, and herein files its Second Amended Second Amended Complaint.

Respectfully submitted this 21st day of May, 2008.

s/Herbert A. Viergutz

Herbert A. Viergutz
Attorney for Kiewit/Mason JV
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334

CERTIFICATE OF FILING
I hereby certify under penalty of perjury that on May 21st, 2008 copy of this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Herbert A. Viergutz
Herbert A. Viergutz