IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2008 order, the parties respectfully submit this status report. Since trial was suspended on June 5, 2008, counsel for the Government has initiated the internal review process necessary to determine whether settlement of this matter will be possible. On June 17, 2008, the Government received a written offer of settlement from plaintiff. Counsel for the Government has prepared a memorandum concerning settlement that is currently being reviewed at the first level of the supervisory process.

The parties will file a second status report at or before July 7, 2008, to apprise the Court of further developments concerning resolution of this matter.

Respectfully submitted,

Herbert A. Viergutz
HERBERT A. VIERGUTZ
Barokas, Martin & Tomlinson
1029 West Third Avenue
Suite 280
Anchorage, AK 99501
Tel: 907.276.8010
Fax: 907.276.5334

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

June 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of June 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey