IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2008 order, the parties respectfully submit this third status report concerning settlement of this matter. In the status report filed on July 20, 2008, the parties reported that counsel for the Government had prepared a memorandum necessary to recommend settlement of this matter that was being reviewed at the first level of the supervisory process. In our status report filed on July 7, 2008, we reported that the initial level of supervisory review had been completed and the process of review and preparation for further review with the Department of Justice has begun. Since July 7, 2008, review of the proposed settlement has continued at the next supervisory level. Counsel for the Government is awaiting required review from the Army General Counsel's office and anticipates that settlement review will continue at the next supervisory level at the Department of Justice by the end of this week following correspondence from the Army General Counsel's office. The parties will file a third status report at or before August 4, 2008, to apprise the Court of further developments concerning resolution of this matter.

Respectfully submitted,

Herbert A. Viergutz
HERBERT A. VIERGUTZ
Barokas, Martin & Tomlinson
1029 West Third Avenue
Suite 280
Anchorage, AK 99501
Tel: 907.276.8010
Fax: 907.276.5334

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624
Attorneys for Defendant

July 21, 2008

CERTIFICATE OF FILING

I hereby certify that on this 21st day of July 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey