IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KIEWIT/MANSON JV, )
)
Plaintiffs, )
)
v. ) Docket No.: 06-796C
)
UNITED STATES, )
)
Defendant. )

3rd Floor Courtroom
Peoples Center
8517 20th Street
Anchorage, Alaska

5/27/08 - 6/5/08

The parties met pursuant to notice of the Court.

BEFORE: HONORABLE MARIAN BLANK HORN
Judge

APPEARANCES:

For the Plaintiffs:

DALE R. MARTIN, Esquire
Barokas Martin & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122
(206) 621-1871

HERBERT VIERGUTZ, Esquire
1029 W. 3rd, Suite 280
Anchorage, Alaska 99501
(907) 276-8010

APPEARANCES: (Cont'd)

<u>For the Plaintiffs</u>:

DAVID D. BEAUDOIN, Esquire
Kiewit Corporation
Kiewit Plaza
Omaha, Nebraska 68131
(402) 271-2815

<u>For the Defendant</u>:

DAVID M. HIBEY, Esquire
BRIAN A. MIZOGUCHI, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0163

TONI B. LONDON, Esquire
U.S. Army Corps of Engineers
Alaska District
CEPOA-OC
P.O. Box 6898
Elmendorf AFB, Alaska 99506
(907) 753-2532

C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| For the Plaintiffs: | | | | | |
| Pat Harrison | 117 | 217 | -- | -- | -- |
| | -- | 425 | -- | -- | -- |
| Darrin Hansen | 522 | 631 | -- | -- | -- |
| | 560 | -- | -- | -- | -- |
| | -- | 707 | 799 | -- | -- |
| Shawn Lannen | 947 | -- | -- | -- | -- |
| | 1097 | -- | -- | -- | -- |
| | 1320 | 1342 | -- | -- | -- |
| | -- | 1462 | 1478 | 1493 | -- |
| Patrick J. McGarry | 1496 | -- | -- | -- | -- |
| | 1724 | 1768 | 1889 | -- | -- |
| | -- | 1842 | -- | -- | -- |
| Bob Richardson | 1900 | 1931 | 1949 | -- | -- |
| Jaime Oviedo | 1953 | 1972 | 1986 | -- | -- |
| Robert Lofgren | 2146 | 2181 | -- | -- | -- |
| Leonard A. Juhnke | 2211 | 2269 | 2398 | -- | -- |
| Michael Hartley | 2330 | -- | -- | -- | -- |
| | 2316 | (VOIR DIRE) | -- | -- | -- |
| | -- | 2546 | 2581 | -- | -- |
| Michael Hartley (on "quantity") | 2586 | -- | -- | -- | -- |
| | 2610 | -- | -- | -- | -- |

E X H I B I T S

| PLAINTIFF EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1001 | 1062 | 1063 | 9-4-04 letter from Hansen to Seeba |
| 1002 | 1112 | 1115 | 12-10-04 letter from Hansen |
| 1006 | 1063 | -- | Assembly of weekly owner's meeting agenda |
| 1017 | 1118 | 1143 | 12-30-04 letter from Hansen to Flodin |
| 1019 | 1123 | 1143 | Email string between Harvey and Hansen |
| 1026 | 556 | 556 | Photographs of project |
| 1030 | 1082 | 1086 | John Brauchle's notes |
| 1031 | 1725 | 1755 | Claim |
| 1034 | 1102 | 1115 | Email string |
| 1035 | 1324 | 1330 | Revision to the quantities of rock requested |
| 1036 | 2318 | 2342 | 5/14/2008 Rebuttal Expert Report of Michael Hartley |
| 1037 | 2319 | 2365 | 5/30/2008 Geotechnical Summary of blow count corrections |
| 1038 | 2319 | 2386 | 5/30/2008 Comparison of bore hole locations |
| | 2382 | -- | Plot of original bore hole locations (correction by Expert Witness Hartley) (Bates 30752-A) |

E X H I B I T S

| DEFENDANT EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2003 | 1579 | 1586 | Sheet from daily dredge log |
| 2004 | 763 | -- | Log of serial letters to the Corps from Kiewit/Manson |
| 2005 | 167 | 167 | Kiewit cost proposal, Book 2 |
| 2008 | 766 | 784 | 2-6-04 letter from Flodin |
| 2022 | 465 | 745 | Quantity Sheets for A22 |
| 2032 | 1071 | 1079 | Serial letters between KM and the Corps |
| 2035 | 1473 | 1474 | Cost report |
| 2037 | 1475 | 1476 | Cost report |

E X H I B I T S

| JOINT EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1 | 670 | 670 | Model |
| 2 | 670 | 670 | Quality assurance plan, page 2-3 |
| 3 | 670 | 670 | Carl Harvey's handwritten diagram of construction hierarchy |
| 4 | 670 | 670 | 6-30-40, list of QAs |
| 5 | 670 | 670 | Source selection decision document |
| 6 | 670 | 670 | Part III-Evaluation of Performance Elements form |
| 7 | 670 | 670 | Technical Analysis, Items of Dispute |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 8 | 670 | 670 | 3-28-06 e-mail from Dale Hartmann |
| 9 | 187 | 187 | 8-5-03 e-mail from Lannen to Harrison |
| 10 | 141 | 233 | Contract plans |
| 11 | 670 | 670 | 11-3-04 e-mail meeting notice |
| 12 | 670 | 670 | 8-4-04 Quality Assurance Report |
| 13 | 670 | 670 | 7-12-04 e-mail from K. Harvey to L. Seeba |
| 14 | 670 | 670 | 8-25-04 e-mail chain from L. Seeba to K. Harvey |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 15 | 670 | 670 | 6-21-04 COE letter from L. Seeba to Kiewit/Manson |
| 16 | 670 | 670 | 11-7-00 e-mail from E. Pflugh to J. Anderson |
| 17 | 670 | 670 | 8-11-04 e-mail from R. Floyd to A. Jeffries and K. Harvey |
| 18 | 670 | 670 | Handwritten document "Spur Quantities" |
| 19 | 670 | 670 | 9-2-04 Brauchle calculations on spur |
| 20 | 670 | 670 | 10-4-04 Brauchle calculations on main breakwater bull nose |
| 21 | 670 | 670 | 11-2-04 Kiewit Contractor Certification for Pay Estimate No. 8 |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 22 | 670 | 670 | 11-5-04 e-mail from Harvey to D. Hansen |
| 23 | 670 | 670 | 11-5-04 e-mail from D. Hansen to Harvey |
| 24 | 670 | 670 | 11-22-04 Basic Change Document |
| 25 | 670 | 670 | 12-8-04 e-mail string between Harvey, Flodin, Anderson and Jeffries |
| 26 | 670 | 670 | A. Jeffries' calculations "Nome Quantities" |
| 27 | 670 | 670 | 4-2-07 Nome Navigation Improvements A22 Rock |
| 28 | 670 | 670 | 2-28-05 e-mail from Jeffries to Harvey |

E X H I B I T S

| JOINT (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 29 | 670 | 670 | 11-17-04 e-mail from Harvey to Jeffries |
| 30 | 670 | 670 | 11-24-04 e-mail from D. Reidell to Harvey |
| 31 | 670 | 670 | 5-2-05 e-mail chain between Anderson to Harvey, Jeffries, Flodin, Reidell and Fibranz |
| 32 | 670 | 670 | 9-26-06 Payment Estimate No. 27 |
| 33 | 670 | 670 | A. Jeffries' handwritten diagram |
| 34 | 189 | 191 | 7-25-03 e-mail from Gail West to A. Jeffries |
| 35 | 670 | 670 | 8-2006, page 52 of A. Jeffries' handwritten field notes handbook |

E X H I B I T S

| JOINT (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 36 | 670 | 670 | 8-1-03 e-mail from A. Jeffries to G. West |
| 37 | 670 | 670 | 8-1-03 e-mail from Jeffries to West |
| 38 | 670 | 670 | 12-15-04 meeting notes from quality meeting with COE |
| 39 | 670 | 670 | 5-18-05 e-mail from Jeffries to Davidson, Harvey and Anderson |
| 40 | 670 | 670 | 5-22-05 e-mail from John Twist to Jeffries |
| 41 | 670 | 670 | 5-23-05 e-mail from Hans Moritz to Jeffries |
| 42 | 670 | 670 | 5-24-05 e-mail from Jeffrey Melby to Jeffries, Steven Hughes |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 43 | 670 | 670 | 5-26-05 e-mail from Jeffries to Harvey |
| 44 | 670 | 670 | 6-2705 e-mail from Anderson to Harvey and Jeffries |
| 45 | 670 | 670 | 6-9-06 Contracting Officer's Decision on Quantities |
| 46 | 670 | 670 | 12-06-06 e-mail from Jeffries to Harvey |
| 47 | 670 | 670 | 11-12-04 e-mail from Jeffries to Brauchle and Harvey |
| 48 | 670 | 670 | 2002-04 Jeffries' field notes notebook |
| 49 | 670 | 670 | 2004-06 Jeffries field notes notebook |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 50 | 670 | 670 | 7-13-04 e-mail from Jeffries to K. Harvey and L. Seeba |
| 51 | 670 | 670 | 2-14-06 drawings Eisses' estimate of peel back calculations |
| 52 | 670 | 670 | 10-19-04 Jeffries handwritten calculation for spur breakwater |
| 53 | 670 | 670 | Plain view drawing of spur |
| 54 | 670 | 670 | David Hartmann's handwritten diagram of Dean Brock hierarchy |
| 55 | 670 | 670 | 3-17-06 e-mail from Harvey to Hartmann |
| 56 | 670 | 670 | 3-2-07 First Set of Interrogatories propounded by Kiewit/Manson |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 57 | 670 | 670 | 2-23-06 e-mail chain from Mark Estes and Harvey, Flodin, Jeffries and Hartmann |
| 58 | 670 | 670 | "Qty Summary final.xls" spreadsheet |
| 59 | 670 | 670 | Nome Harbor Improvements Survey Summary spreadsheet |
| 60 | 670 | 670 | 5-2-06 e-mail from Jeffries to Hartmann and Anderson |
| 61 | 670 | 670 | 4-21-05 minutes of the 5th Annual Civil Works Lessons and Learned Meeting |
| 62 | 670 | 670 | 5-2-06 Nome main breakwater A22 and B22 quantities spreadsheet |
| 63 | 670 | 670 | Proposal Bid Schedule, Base Items |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 64 | 670 | 670 | Julie Anderson's handwritten diagram of Phil Hunt, PM hierarchy |
| 65 | 670 | 670 | 1-11-07 e-mail from Davidson to Anderson and Flodin |
| 66 | 670 | 670 | 1-9-07 e-mail chain between Anderson, Harvey, Flodin, Jeffries and Brauchle |
| 67 | 170 | 670 | Excerpt from Contract Specification Section 01016, page 4 |
| 68 | 670 | 670 | Nome, Alaska Plans and Specs Hydraulic Technical Design Notes |
| 69 | 670 | 670 | COE Responses to Value Engineering Study |
| 70 | 670 | 670 | 2-8-00 Design Coordination Team Meeting No. 1 minutes |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 71 | 670 | 670 | 11-3-99 Workable Schedule Developed by VE Study Team |
| 72 | 670 | 745 | E-mail from Pflugh to Anderson |
| 73 | 670 | 670 | 6-12-01 Quality Control Plan study team/review team routing sheet |
| 74 | 670 | 670 | 12-16-99 Pflugh's calculation sheet |
| 75 | 670 | 670 | 4-12-00 Pflugh's handwritten calculation sheet |
| 76 | 670 | 670 | Main breakwater quality calculations |
| 77 | 670 | 670 | 8-8-01 Nome Navigation Improvements Quality Check List |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 78 | 670 | (Withdrawn) | Jeffries' calculations "Nome Quantities" |
| 79 | 670 | 670 | 1-30-03 Nome quantities spreadsheet |
| 80 | 670 | 670 | Three blue and red drawing of Spur |
| 81 | 670 | 670 | 10-16-07 Drawing JKB-A of spur breakwater |
| 82 | 670 | 670 | 10-17-07 graphic depiction JKB-B |
| 83 | 670 | 670 | 10-16-07 drawing JKB-C of spur breakwater |
| 84 | 670 | 670 | 10-17-07 graphic depiction JKB-D |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 85 | 670 | 670 | 9-5-01 Pflugh's calculation sheet |
| 86 | 670 | 670 | 10-30-02 Alaska Dept. of Environmental Conservation letter to Anderson |
| 87 | 670 | 670 | 2-2001 handwritten notes from meeting with City of Nome |
| 88 | 670 | 670 | 10-2-92 memo from Greg Magee to Chuck Enggener |
| 89 | 670 | 670 | 8-8-91 Red Samm's Differing Site Condition Claim |
| 90 | 670 | 670 | 2-1991 ENSR final audit of Nome Offshore Placer Project |
| 91 | 670 | 670 | Civil Works Project Management Plan Agreement |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 92 | 670 | 670 | 4-28-05 Review of Bid Schedule Prices for Spur Breakwater Construction |
| 93 | 670 | 670 | 9-23-03 Source Election Evaluation Board Proceedings Report |
| 94 | 670 | 670 | 7-29-03 Worksheet estimates for spur breakwater, et cetera |
| 95 | 670 | 670 | 9-16-03 Evaluation Sheet prepared by Arruda |
| 96 | 670 | 670 | 5-23-03 Interim Technical Review Construction Materials and Methodology |
| 97 | 670 | 670 | 2-21-03 memo from K. Eisses to Distribution |
| 98 | 670 | 670 | 4-7-03 Draft Internal Plans and Specs Quality Checklist |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 99 | 670 | 670 | 5-18-04 e-mail from Jeffries to Harvey |
| 100 | 670 | 670 | 6-10-04 e-mail from Jeffries to Harvey |
| 101 | 670 | 670 | 4-9-04 e-mail from Jeffries to Harvey |
| 102 | 670 | 670 | 6-21-04 e-mail from Jeffries to Harvey |
| 103 | 670 | 670 | 6-18-04 e-mail from Seeba to Harvey |
| 104 | 670 | 670 | 8-25-04 e-mail from Harvey to Anderson |
| 105 | 670 | 670 | 8-27-04 COE letter 0029 from Seeba to Kiewit/Manson |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 106 | 670 | 670 | 12-7-04 e-mail string between Eisses, Harvey, Davidson and Anderson |
| 107 | 670 | 670 | 1-04 Geotechnical Findings Report |
| 108 | 670 | 670 | Certified Claim for Differing Site Conditions |
| 109 | 670 | 670 | Contracting Officer's Decision on dredging differing site conditions |
| 110 | 670 | 670 | DCAA Audit Report No. 4201-2007S17200001 |
| 111 | 670 | 670 | 12-8-06 DCAA Audit Report No. 4201-2006B17200009 |
| 112 | 670 | 670 | 4-10-06 e-mail from Carter to Paris and Brauchle |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 113 | 670 | 670 | 1-12-06 e-mail from Paris to Fowlds, Lanne and Brauchle |
| 114 | 670 | 670 | 3-17-06 e-mail chain between Walters, Harvey, Carter, et cetera |
| 115 | 670 | 670 | 4-20-06 handwritten worksheet on teleconferencd |
| 116 | 670 | 670 | 4-21-06 KM letter from Lannen to Carter |
| 117 | 670 | -- | 4-27-06 e-mail from Anderson to Hartmann, Vanagel and Carter |
| 118 | 670 | 670 | 5-4-06 e-mail from Anderson to Hartmann |
| 119 | 670 | 670 | 10-4-06 e-mail chain between Paris, Carter, Brauchle, Lannen and Falk |

E X H I B I T S

| JOINT (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 120 | 670 | 670 | 10-5-06 e-mail chain between Paris and Lanne and Brauchle |
| 121 | 670 | 670 | 10-16-06 e-mail from Anderson to Hartmann |
| 122 | 670 | 670 | 8-22-03 Item Summary |
| 123 | 670 | 670 | 9-10-03 Reasonable Contract Estimate |
| 124 | 670 | 670 | 10-1-05 Detailed Government Estimate w/o Profit |
| 125 | 670 | 670 | 5-12-05 Pipeline Dredge Estimate |
| 126 | 670 | 670 | 5-9-05 Pipeline Dredge Estimate |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 127 | 670 | 670 | e-mail chain between Annie Fore, Reidell and Arruda |
| 128 | 670 | 670 | 5-9-05 e-mail chain from Reidell to Arruda |
| 129 | 670 | 670 | 10-1-03 Detailed Government Estimate w/o Profit |
| 130 | 670 | 670 | 1-24-05 Detailed Estimate, Government Estimate with Profit |
| 131 | 670 | 670 | 8-31-06 e-mail from Anderson to Arruda |
| 132 | 670 | 670 | 6-23-03 e-mail from Arruda to Hardy, Jeffries and Anderson |
| 133 | 670 | 670 | 4-30-03 memo from Chief, Contracting Division |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 134 | 670 | 670 | 7-25-03 e-mail chain from West to Jeffries and Anderson |
| 135 | 670 | 670 | 6-17-03 COE Soils and Geology Section Exploration Log |
| 136 | 670 | 670 | 1-9-08 e-mail from Jeffries to Toni London |
| 137 | 670 | 670 | 4-1-05 e-mail string between Jeffries and Harvey, Anderson, et cetera |
| 138 | 670 | 670 | 7-16-07 Nome Stone Claim Quantities and Spur Breakwater Final Quantity Check spreadsheet |
| 139 | 670 | 670 | 10-4-04 Main Breakwater Bull Nose Quantities spreadsheet |
| 140 | 670 | 670 | 2-8-06 e-mail from Jeffries to Anderson and Harvey |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 141 | 670 | 670 | 1-5-05 e-mail string between Jeffries and Anderson, Harvey, et cetera |
| 142 | 670 | 670 | 3-17-05 e-mail from Anderson to Harvey |
| 143 | 670 | 670 | 12-9-04 e-mail from Davidson to Harvey, Flodin, et cetera |
| 144 | 670 | 670 | 8-25-04 e-mail from Anderson to QAR in Nome and Harvey |
| 145 | 670 | 670 | 2-28-05 e-mail from Jeffries to Harvey |
| 146 | 670 | 670 | 9-3-04 e-mail string from Harvey to Jeffries |
| 147 | 670 | 670 | 4-28-05 Kiewit letter from Hansen to Flodin |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 148 | 670 | 670 | 5-6-05 COE letter from Flodin to Kiewit |
| 149 | 174 | 174 | 6-03 Proposal Documents |
| 150 | 670 | 670 | 6-7-03 COE Soils and Geology Section Exploration Logs |
| 151B | 670 | 670 | Draft Rock Quantities Meeting Notes |
| 151 | 670 | 670 | 12-21-04 e-mail from Anderson to Hancock, Jeffries, Hardy, Eisses |
| 152 | 670 | 670 | COE Fact Sheet |
| 153 | 670 | 670 | 10-1-04 Weekly Owners Meeting Agenda, Meeting 16 |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 154 | 670 | 670 | 4-5-04 K/M letter from Hansen to COE |
| 155 | 670 | 670 | 7-8-04 e-mail from Anderson to Harvey and Jeffries |
| 156 | 670 | 670 | 8-18-04 e-mail from Anderson to Jeffries, Harvey and Clay |
| 157 | 670 | 670 | 8-23-04 e-mail from Anderson to Jeffries |
| 158 | 670 | 670 | 8-23-04 e-mail from Jeffries to Nome Port and Anderson |
| 159 | 670 | 670 | 8-30-04 e-mail from Anderson to Jeffries and Joy |
| 160 | 670 | 670 | 11-19-04 e-mail string from Jeffries to Harvey |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 161 | 670 | 670 | 12-07-04 e-mail string between Eisses, Harvey, Davidson and Anderson |
| 162 | 670 | 670 | 12-7-04 e-mail string between Eisses, Harvey, Davidson and Anderson |
| 163 | 670 | 670 | 12-8-04 e-mail string between Harvey, Flodin, Anderson and Jeffries |
| 164 | 670 | 670 | 12-9-04 e-mail string between Lannen to Anderson, Hansen, Harvey, et cetera |
| 165 | 670 | 670 | 3-17-05 e-mail from Harvey to Jeffries, Anderson, et al |
| 166 | 670 | -- | 5-26-05 e-mail from Anderson to Davidson, Flodin, Harvey, Jeffries and Gregory |
| 167 | 670 | (Withdrawn) | 7-28-05 e-mail from Perez to Davidson |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 168 | 670 | 670 | 5-14-04 issues and concerns paper from partnering meeting |
| 169 | 670 | 670 | 12-10-04 Kiewit letter from Hansen to Flodin |
| 170 | 670 | 670 | 1-11-07 e-mail from Jeffries to Davidson |
| 171 | 670 | 670 | 7-29-03 worksheet, estimates for spur breakwater |
| 172 | 670 | 670 | 2-14-06 e-mails from Jeffries to Harvey |
| 173 | 670 | 670 | Excerpts from Contract Specification Section 02270 |
| 174 | 670 | 670 | Hand drawing figure on Barakas Martin & Tomlinson paper |

E X H I B I T S

| JOINT (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 175 | 670 | 670 | 2-26-07 KDC - Nome Salv. Rock handwritten spreadsheet and calculations |
| 176 | 670 | 670 | 3-15-04 K/M letter from Hansen to COE |
| 177 | 670 | 670 | 1-25-06 e-mail chain between Perez, Flodin, Eisses, et cetera |
| 178 | 670 | 670 | 5-05-06 e-mail form Perez to Hartmann |
| 179 | 670 | 670 | 4-13-05 e-mail from Anderson to Harvey, Flodin, Jeffries, et cetera |
| 180 | 670 | 670 | 9-19-05 COE letter C-0104 from Flodin to K/M |
| 181 | 670 | 670 | 8-30-05 K/M letter from Ladden to Flodin |

EXHIBITS

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 182 | 670 | 670 | 2-1982 boring logs |
| 183 | 670 | 670 | 3-11-03 e-mail from Jeffries to COE Nome Reviewers |
| 184 | 670 | 670 | 5-18-04 e-mail from Hancock to Anderson |
| 185 | 670 | 670 | 9-2-04 e-mail string from Seeba to Anderson, Floyd and Harvey |
| 186 | 670 | 670 | 10-21-04 e-mail from Flodin to Redmond |
| 187 | 670 | 670 | 1-1-04 Payment Estimates No. 01 through 32 |
| 188 | 670 | 670 | 11-8-04 e-mail string from Harvey to Lannen, Brachle, Seeba and Flodin |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 189 | 670 | 670 | 1-6-05 e-mail form Braunchle to Harvey |
| 190 | 670 | 670 | 8-6-04 transmittal of shop drawings |
| 191 | 670 | 670 | CEO-Kiewit/Manson Volume I, page 53-58 |
| 192 | 670 | 670 | 4-14-05 RFI No. 14 |
| 193 | 670 | 670 | 4-19-05 e-mail from Jeffries to Harvey |
| 194 | 670 | 670 | 5-3-05 Weekly Owners Meeting Minutes |
| 195 | 670 | 670 | 5-25-05 COE letter from Davidson to K/M |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 196 | 670 | 670 | 5-26-05 e-mail from Lannen to Brauchle |
| 197 | 670 | -- | 5-27-05 e-mail chain from Flodin to COE |
| 198 | 670 | -- | 6-9-05 e-mail chain from Vanagel to COE |
| 199 | 670 | 670 | 8-29-06 pages 1 - 51 of Cost Report spreadsheets |
| 200 | 670 | 670 | 4-7-06 K/M letter from Fowlds to Davidson |
| 201 | 670 | 670 | 4-4-07 Cost of Excess Parts Replacements spreadsheet |
| 202 | 670 | 670 | 4-13-07 DCAA Audit Report No. 4201-2007S17200001 |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 203 | 670 | 670 | 8-20-03 Bid Item Summary by Mark Stuessy |
| 204 | 670 | 670 | 10-06 Certified Claim for Differing Site Conditions |
| 205 | 670 | 670 | 1-13-05 Manson Invoices for fuel, et cetera |
| 206 | 670 | 670 | Excerpt from Contract Specifications Section 02222 |
| 207 | 670 | 670 | 4-20-05 handwritten worksheet and 2005 Field Season Scheduling and Coordination Meeting |
| 208 | 670 | 670 | 4-28-05 Kiewit letter from Hansen to Flodin |
| 209 | 670 | 670 | 5-6-05 COE letter SAO/C-0082 from Flodin to Kiewit |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 210 | 670 | 670 | 7-9-05 K/M letter from Lannen to Flodin |
| 211 | 670 | 670 | 8-12-05 Cutter Suction Daily Dredge Logs |
| 212 | 670 | 670 | 2-18-08 Mason Construction Cost Transaction Report |
| 213 | 670 | 670 | 12-12-07 COE letter from London to Hibey |
| 214 | 670 | 670 | 7-16-05 Cutter Suction Daily Dredge Logs |
| 215 | 670 | 670 | 6-16-05 Foremen's Daily Time Cards |
| 216 | 670 | 670 | 6-16-05 Foremen's Daily and Daily Quantities |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 217 | 670 | 670 | 10-21-05 Labor rates |
| 218 | 670 | 670 | 7-30-03 handwritten Daily Operations Cost and Dredging Estimate Sheets |
| 219 | 670 | 670 | 8-12-03 Mason Construction Estimate - Item 002 |
| 220 | 670 | 670 | Lofgren Imagineeering & Construction Company document "Nome Dredging" |
| 221 | 670 | 670 | 8-15-91 memo from Howard Grey & Association |
| 222 | 670 | 670 | Metso Minerals Invoice for "WOSSL" Marathon Pump |
| 223 | 670 | 670 | COE-Kiewit/Manson Volume I, page 4-64 |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 231 | 159 | 162 | 9-03 Proposal Schedule, Amendment R0002 |
| 232 | 205 | 212 | 9-9-03 Kiewit Proposal - Technical Proposal, Volume 1 |
| 233 | 670 | 670 | 5-24-04 Material Sale Contract |
| 234 | 670 | 670 | 8-5-05 K/M letter from Lannen to Davidson |
| 235 | 670 | 670 | 6-16-04 sketch with handwritten notes from discussion with COE |
| 236 | 670 | 670 | 1-26-05 K/M letter to Flodin |
| 237 | 670 | 670 | 7-18-05 A22 Cost Summary spreadsheet |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 238 | 670 | 670 | 8-31-05 handwritten Work Sheet |
| 239 | 670 | 670 | 8-30-04 Black Gold Trucking Quantities spreadsheet |
| 240 | 670 | 670 | Cost Summary Spreadsheet |
| 241 | 670 | 670 | 8-29-06 Cost Report Spreadsheet |
| 242 | 670 | 670 | 12-10-04 Kiewit letter from Hansen to Davidson |
| 243 | 670 | 670 | 12-15-04 Meeting Notes from Quantity Meeting with COE |
| 244 | 670 | 670 | 10-10-04 State of Alaska letter from Cox to Hansen |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 245 | 670 | 670 | 4-5-05 Kiewit letter from Hansen to Flodin |
| 246 | 670 | 670 | 12-10-04 K/M Serial Letter No. 39 from Hansen to Flodin |
| 247 | 670 | 670 | 9-14-04 e-mail from Flodin to Seeba |
| 248 | 670 | 670 | 4-21-08 None BW Quantity Summary |
| 249 | 670 | 670 | 4-17-08 BW Quantity Summary by PND |
| 250 | 670 | 670 | Expert Report by M. Hartley |
| 251 | 670 | 670 | Nome BW Plan View Sheets 1 through 21 |

E X H I B I T S

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 252 | 670 | 670 | Sheet 3 of 21 |
| 253 | 670 | 670 | Sheet 4 of 21 |
| 254 | 670 | 670 | Sheets 1 - 5 |
| 255 | 670 | 670 | 4-22-08 letter from Hibey to Viergutz |
| 256 | 670 | 670 | 4-11-08 Expert Witness Report by R. Lofgren |
| 257 | 670 | 670 | 4-14-08 e-mail from May to Hartmann |
| 258 | 670 | 670 | 1-28-97 Nome Harbor Site Investigation Report |

EXHIBITS

JOINT (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 259 | 670 | 670 | 4-11-08 e-mail from Hartmann to Hibey and McTyre |
| 260 | 670 | 670 | 5-1-08 depo notice to COE |
| 261 | 670 | 670 | 4-10-08 e-mail from London to McTyre |
| 262 | 670 | 670 | Proposal Documents |
| 263 | 670 | 745 | Nome Harbor Site Investigation Report |
| 264 | 670 | 670 | 7-28-05 e-mail from Perez to Davidson |
| 265 | 670 | 670 | Cost proposal |
| 249A-4080A -4080B and -4080C | 2607 | -- | BW Quantity Summary by PND |
| 251A-4099A | 2610 | -- | Nome BW Plan View Sheet |