IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2008 order, the parties respectfully submit this fourth status report concerning settlement of this matter. As anticipated in our last status report, on July 22, 2008, counsel for the Government received necessary correspondence from the Army General Counsel's office. On July 28, 2008, the proposed settlement was forwarded for consideration at the executive level at the Department of Justice. The parties will file a fourth status report at or before August 18, 2008, to apprise the Court of further developments concerning resolution of this matter.

Respectfully submitted,

Herbert A. Viergutz
HERBERT A. VIERGUTZ
Barokas, Martin & Tomlinson
1029 West Third Avenue
Suite 280
Anchorage, AK 99501
Tel: 907.276.8010
Fax: 907.276.5334

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

August 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of August 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey