# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **KEIWIT/MANSON JV,** | |
| **Plaintiff,** | **No. 06-796C** |
| | **Filed: August 19, 2008** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the parties' August 18, 2008 Joint Status Report. The court notes that the final terms of the proposed settlement have been approved by both sides and is pleased with the progress made by the parties towards settlement of this matter. However, no timelines are reflected in the joint status report. Therefore, the court **ORDERS** that in the next joint status report, the parties shall indicate what steps remain before a settlement agreement can be executed and the case dismissed, and include a timeline. No dollar amounts shall be indicated in the report. The next joint status report is due to the court on or before **Tuesday, September 2, 2009**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**