IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KIEWIT MANSON JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-796 |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2008 and August 19, 2008 orders, the parties respectfully submit this status report concerning settlement of this matter. Since the parties filed their last status report on August 18, 2008, the parties have exchanged drafts of a proposed settlement agreement and reached agreement upon substantive terms. The parties anticipate that the settlement agreement and joint stipulation of dismissal will be executed on or before September 16, 2008.

Respectfully submitted,

s/Herbert A. Viergutz
HERBERT A. VIERGUTZ
Barokas, Martin & Tomlinson
1029 West Third Avenue
Suite 280
Anchorage, AK 99501
Tel: 907.276.8010
Fax: 907.276.5334

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
by /s Brian A. Mizoguchi
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

September 2, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of September 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian A. Mizoguchi