# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **KIEWIT/MANSON JV,** | |
| **Plaintiff,** | **No. 06-796C** |
| | **Filed: September 5, 2008** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the parties' September 5, 2008, Joint Stipulation of Dismissal, with prejudice. Pursuant to the Joint Stipulation of Dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**