# In the United States Court of Federal Claims

**No. 06-796 C**

**KIEWIT/MANSON JV**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed September 5, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(ii), that the complaint is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**September 10, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.